1  GUILLERMO MARRERO (Bar No. 099056)
   JOSHUA J. RICHMAN (Bar No. 243147)
2  **INTERNATIONAL PRACTICE GROUP**
   A Professional Corporation
3  1350 Columbia Street, Suite 500
   San Diego, California 92101
4  Tel (619) 515-1480
   Fax (619) 515-1481
5  gmarrero@ipglaw.com
   jrichman@ipglaw.com
6
   Attorneys for Plaintiffs
7

FILED

07 DEC 18  AM 11: 55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 SINDICATO DE EMPLEADOS Y            Case No.
   TRABAJADORES DE LA INDUSTRIA,        **07 CV 2365 J LSP**
11 EL CAMPO Y EL COMERCIO DEL
   ESTADO 29 C.R.O.M., a Mexican labor   **COMPLAINT FOR:**
12 union, and SINDICATO NUEVA
   GENERACION DE TRABAJADORES           **(1) BREACH OF CONTRACT**
13 DE BAJA CALIFORNIA C.R.O.C., a        **(2) ACCOUNT STATED (COMMON COUNT)**
   Mexican labor union,                  **(3) GOODS SOLD & DELIVERED (COMMON**
14                                        **COUNT)**
            Plaintiffs,                   **(4) EQUITABLE RELIEF**
15
        v.
16
17 CREDIT MANAGERS ASSOCIATION          **DEMAND FOR JURY TRIAL**
   OF CALIFORNIA, INC., dba CMA
18 BUSINESS CREDIT SERVICES, a
   California non-profit corporation,
19
            Defendant.
20

21

22        Plaintiffs SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA,

23 EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union

24 ("ESTADO 29") and SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA

25 CALIFORNIA C.R.O.C., a Mexican labor union ("NUEVA GENERACION") file this

26 Complaint against Defendant CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC.

27 dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation ("CMA"),

28 demands a jury trial and allege as follows:

-1-

**PARTIES**

1.      Plaintiff ESTADO 29 is a Mexican labor union that represents the interests of the employees of a Mexican corporation known as Alissimo, S.A. de C.V. ("Alissimo").

2.      Plaintiff NUEVA GENERACION is a Mexican labor union that represents the interests of the employees of a Mexican corporation known as Resinas Laguna, S.A. de C.V. ("Resinas Laguna").

3.      Both Plaintiffs are Mexican entities that conduct business in Baja California, United States of Mexico.

4.      Defendant CMA is a California corporation.  Pursuant to a General Assignment Agreement dated May 21, 2007, CMA has been appointed the assignee for the benefit of the creditors of two insolvent entities known as FlexTrim California, Inc., and FlexTrim North Carolina, Inc. (together "FlexTrim" or the "FlexTrim Entities").

**NATURE OF ACTION**

5.      This action is brought by two Mexican labor unions to collect substantial unpaid wages and benefits owed to their constituent members by two Mexican corporations – Alissimo and Resinas Laguna.

6.      Both Alissimo and Resinas Laguna are in the business of manufacturing and selling polyurethane resins for sale primarily in the United States.  The companies have been unable to pay their employees because among other reasons its two major customers, the FlexTrim Entities, have failed to pay them at least $896,389.81 for goods that have been sold and delivered on account.

7.      Sometime around the middle of 2007, the FlexTrim Entities commenced a common law bankruptcy proceeding in California whereby they assigned their business assets to CMA for liquidation to satisfy creditor claims.

8.      On information and belief, CMA liquidated FlexTrim's assets and now holds a substantial amount of cash for payment of creditor claims.

9.      As bona fide creditors of FlexTrim, both Alissimo and Resinas Laguna submitted timely proofs of claim, true and correct copies of which are attached to this Complaint as Exhibits

-2-

1   A and B respectively and incorporated herein by this reference.

2       10.    CMA acknowledged receipt of the proofs of claim but, as of the date of this

3   Complaint, has not paid Alissimo or Resinas Laguna.  True and correct copies of Alissimo and

4   Resinas Laguna's proof of claim forms stamped as "RECEIVED" by CMA are attached hereto as

5   Exhibits C and D and incorporated herein by this reference.

6       11.    On December 13, 2007, the employees of Alissimo and Resinas Laguna,

7   represented by their Mexican unions Plaintiffs ESTADO 29 and NUEVA GENERACION, filed a

8   petition in the Junta Local de Conciliacion y Arbitraje de Tijuana, the state court of Baja

9   California in Tijuana (the "Mexican Proceeding"), and obtained an order freezing all the assets of

10  both Alissimo and Resinas Laguna, wherever located, for the purpose of securing payment of the

11  unpaid wages.

12      12.    Under Mexican law, employees have priority rights over all other forms of

13  creditor, secured or unsecured, for the payment of wages.  By virtue of the Mexican Proceeding

14  and Mexican Labor law, Plaintiffs ESTADO 29 and NUEVA GENERACION, who represent the

15  employees of Alissimo and Resinas Laguna respectively, have been granted priority status for the

16  payment of unpaid wages and are subrogated to the rights of Alissimo and Resinas for the

17  purposes of collecting the receivable owed by CMA.

18      13.    On information and belief, Defendant CMA recognizes Alissimo and Resinas

19  Laguna's creditor claims and does not contest the validity of those claims.

20                              **JURISDICTION AND VENUE**

21      14.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

22      15.    Plaintiffs are and at all relevant times were citizens of the United States of Mexico.

23      16.    Defendant is a corporation organized and existing under the laws of the State of

24  California having its principal place of business in the State of California.  Plaintiff is further

25  informed and believes that Defendant conducts business throughout the State of California

26  including in the County of San Diego.

27      17.    The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

28  ////

INTERNATIONAL
PRACTICE GROUP                              COMPLAINT

**FIRST CAUSE OF ACTION**

**BREACH OF CONTRACT**

18.    Plaintiffs repeat and incorporate herein by this reference each and every allegation stated in this Complaint.

19.    Alissimo and Resinas Laguna entered into at least two contracts with the FlexTrim Entities for the sale and purchase of polyurethane resin material.

20.    Alissimo and Resinas Laguna manufactured, sold and delivered to the FlexTrim entities the polyurethane resin materials.

21.    Both Alissimo and Resinas Laguna fulfilled all promises, covenants and conditions required for their performance of the contracts and performance has not been excused.

22.    The FlexTrim Entities have breached the contracts by failing to pay Alissimo and Resinas Laguna for goods that were sold and delivered.

23.    On May 21, 2007, the FlexTrim Entities assigned to Defendant CMA all of their assets for the purpose of liquidation and satisfaction of creditor claims.

24.    On or about July 6, 2007, Alissimo submitted proofs of claim totaling $293,678.07.  See proofs of claim attached hereto as Exhibits A and B and incorporated herein by this reference.

25.    On or around July 6, 2007, Resinas Laguna submitted proofs of claim totaling $602,711.74.  See proofs of claim attached hereto as Exhibits A and B and incorporated herein by this reference.

26.    By virtue of the Mexican Proceeding and Mexican Labor law, Plaintiffs ESTADO 29 and NUEVA GENERACION, who represent the employees of Alissimo and Resinas Laguna respectively, have been granted priority status for the payment of unpaid wages and are subrogated to the rights of Alissimo and Resinas for the purposes of collecting the receivable owed by CMA.

27.    Plaintiffs ESTADO 29 and NUEVA GENERACION have been damaged in an amount to be proven at trial.

////

-4-

## SECOND CAUSE OF ACTION

## ACCOUNT STATED (COMMON COUNT)

28.    Plaintiffs repeat and incorporate herein by this reference each and every allegation stated in this Complaint.

29.    Alissimo and Resinas Laguna entered into a series of transactions with the FlexTrim Entities for the sale and purchase of polyurethane material.

30.    Alissimo and Resinas Laguna provided the FlexTrim Entities and/or Defendant CMA with an account in writing reflecting the amount they were owed for the products manufactured, sold and delivered to the FlexTrim Entities.

31.    As of July 6, 2007, Alissimo was owed $293,678.07 and Resinas Laguna was owed $602,711.74 on account with the FlexTrim Entities.  See proofs of claim attached hereto as Exhibits A and B.

32.    On May 21, 2007, the FlexTrim Entities assigned their assets to Defendant CMA who liquidated those assets to pay creditors of the FlexTrim Entities.

33.    By virtue of the Mexican Proceeding and Mexican Labor law, Plaintiffs ESTADO 29 and NUEVA GENERACION, who represent the employees of Alissimo and Resinas Laguna respectively, have been granted priority status for the payment of unpaid wages and are subrogated to the rights of Alissimo and Resinas for the purposes of collecting the receivable owed by CMA.

34.    Accordingly, there is now due and owing the above-described sums.

## THIRD CAUSE OF ACTION

## GOODS SOLD AND DELIVERED (COMMON COUNT)

35.    Plaintiffs repeat and incorporate herein by this reference each and every allegation stated in this Complaint.

36.    Alissimo and Resinas Laguna sold and delivered goods to the FlexTrim Entities who in turn promised to pay for those goods.

37.    The value of the goods sold by Alissimo to the FlexTrim Entities was $293,678.07.  See Exhibit A attached hereto.

-5-

38.    The value of the goods sold by Resinas Laguna to the FlexTrim Entities was $602,711.74. See Exhibit B attached hereto.

39.    The FlexTrim Entities have paid no portion of the above sums although demand has been made and they acknowledge receipt of payment demands from both Alissimo and Resinas Laguna.

40.    On May 21, 2007, the FlexTrim Entities assigned their assets to Defendant CMA, who liquidated those assets to pay creditors of the FlexTrim Entities.

41.    On or about July 6, 2007, both Alissimo and Resinas submitted proofs of their claims to Defendant CMA totaling $896,389.81.

42.    By virtue of the Mexican Proceeding and Mexican Labor law, Plaintiffs ESTADO 29 and NUEVA GENERACION, who represent the employees of Alissimo and Resinas Laguna respectively, have been granted priority status for the payment of unpaid wages and are subrogated to the rights of Alissimo and Resinas for the purposes of collecting the receivable owed by CMA.

43.    Accordingly, there is now due and owing the above-described sums.

## FOURTH CAUSE OF ACTION

### EQUITABLE RELIEF

44.    Plaintiffs repeat and incorporate herein by this reference each and every allegation stated in this Complaint.

45.    Plaintiffs are entitled to payment in an amount sufficient to pay the back wages and benefits that have not been paid by their employers Alissimo and Resinas Laguna.  The only substantial liquid asset of those companies is now in the possession of Defendant CMA.

46.    The Court should therefore order injunctive relief and prevent Defendant CMA from paying out any portion of the $896,389.81 owed to Alissimo and Resinas Laguna and upon a finding for Plaintiffs, disburse those funds to Plaintiffs in an amount sufficient to satisfy their claims.

## PRAYER FOR RELIEF

Plaintiffs ESTADO 29 and NUEVA GENERACION pray for judgment against Defendant

-6-

CMA as follows:

    1.     For a temporary restraining order preventing Defendant CMA from paying out $896,389.81 to any creditors of the FlexTrim Entities or anybody else claiming rights thereunder;

    2.     For a preliminary and/or permanent injunctive relief preventing Defendant CMA from paying out $896,389.81 to any creditors of the FlexTrim Entities or anybody else claiming rights thereunder until time of trial and thereafter;

    3.     For damages in an amount to be proven at trial;

    4.     For restitution as appropriate and available under each cause of action in an amount to be proven at trial;

    5.     For pre-judgment and post-judgment interest on the above sums at the maximum legal rate;

    6.     For costs of suit;

    7.     For such other relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury.

Dated:  December 18, 2007

Respectfully submitted,

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By_____
GUILLERMO MARRERO
JOSHUA J. RICHMAN
Attorneys for Plaintiffs

INTERNATIONAL
PRACTICE GROUP

COMPLAINT

**EXHIBIT  A**

# PROOF OF CLAIM

Case No. 34223

To:   CMA Business Credit Services
      PO Box 7740
      Burbank, California 91510-7740

Re:   Flex Trim North Carolina, Inc.

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS:   $98,613.91

DATED:  July 6, 2007

COMPANY NAME:  ALISSIMO, SA DE CV

BY:    Jose C Corral            TITLE:  Manager

ADDRESS:  416 W San Ysidro Blvd. Suite L- 428
          San Ysidro,  CA  92173

PHONE: (619)  793 5366      FAX:  (619)  446 6570

E-MAIL:  alissimotj@yahoo.com
         alissimo2@prodigy.net.mx

NOTE: Interest is applicable only to the date of May 21, 2007, and then only in the event a written agreement exists between you and the debtor providing for payment of interest.

*PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN AT ONCE TO:*

**ADJUSTMENT BUREAU**
**Attn:  Michael L. Joncich**
**CMA Business Credit Services**
**PO Box 7740, Burbank, California  91510-7740**

# PROOF OF CLAIM

Case No. 34223

To:  CMA Business Credit Services
PO Box 7740
Burbank, California 91510-7740

Re:  Flex Trim North Carolina, Inc.

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS:  $195,064.16

DATED:  July 6, 2007

COMPANY NAME:  ALISSIMO, SA DE CV

BY:  Jose C Corral        TITLE:  Manager

ADDRESS:  416  W San Ysidro Blvd. Suite L- 428
San Ysidro,  CA  92173

PHONE: (619)  793 5366        FAX:  (619)  446 6570

E-MAIL:  alissimotj@yahoo.com
alissimo2@prodigy.net.mx

NOTE: Interest is applicable only to the date of May 21, 2007, and then only in the event a written agreement exists between you and the debtor providing for payment of interest.

*PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN AT ONCE TO:*

ADJUSTMENT BUREAU
Attn: Michael L. Joncich
CMA Business Credit Services
PO Box 7740, Burbank, California  91510-7740

# PROOF OF CLAIM

Case No. 34222

To:     CMA Business Credit Services
        PO Box 7740
        Burbank, California  91510-7740

Re:     Flex Trim California, Inc.

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS $ __$ 217,490.53_____

Dated:  __July 6, 2007_____

COMPANY NAME ____Resinas Laguna S.A. de C.V._____

BY ____Francisco E Elorza C_____  TITLE ____General Manager_____

ADDRESS ____482 W San Ysidro Bl Suite 1999_____

CITY, STATE, ZIP ____San Ysidro CA, 92173_____

PHONE NO. ____619 955 6872_____  FAX# ____01152 664 900 8917_____

EMAIL ____reslaguna@prodigy.net.mx_____

NOTE:  Interest is applicable only to the date of May 21, 2007, and then only in the event
       a written agreement exists between you and the debtor providing for
       payment of interest.

*PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN*
*AT ONCE TO:*

**ADJUSTMENT BUREAU**
**Attn: Michael L. Joncich**
**CMA Business Credit Services**
**PO Box 7740, Burbank, California  91510-7740**

# PROOF OF CLAIM

Case No. 34223

To:   CMA Business Credit Services
.PO Box 7740
Burbank, California  91510-7740

Re:   Flex Trim North Carolina, Inc.

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS $ ___ $ 985,221.21 _____

Dated: ___ July 6, 2007 _____

COMPANY NAME ___ Resinas Laguna S.A. de C.V. _____

BY ___ Francisco E Elorza C _____ TITLE ___ General Manager _____

ADDRESS ___ 482 W San Ysidro Bl Suite 1999 _____

CITY, STATE, ZIP ___ San Ysidro CA, 92173 _____

PHONE NO. ___ 619-955-6872 _____ FAX# ___ 01152 664 900 8917 ____

EMAIL ___ reslaguna@prodigy.net.mx _____

NOTE:  Interest is applicable only to the date of May 21, 2007, and then only in the event a written agreement exists between you and the debtor providing for payment of interest.

*PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN AT ONCE TO:*

**ADJUSTMENT BUREAU**
**Attn: Michael L. Joncich**
**CMA Business Credit Services**
**PO Box 7740, Burbank, California  91510-7740**

EXHIBIT C

#2

# PROOF OF CLAIM

To:  CMA Business Credit Services
     PO Box 7740
     Burbank, California 91510-7740

Case No. 34223

Re:  Flex Trim North Carolina, Inc.

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS:  $195,064.16

DATED: July 6, 2007

COMPANY NAME:  ALISSIMO, SA DE CV

BY:    Jose C Corral            TITLE:  Manager

ADDRESS:  416 W San Ysidro Blvd. Suite L- 428
          San Ysidro, CA 92173

PHONE: (619) 793 5366      FAX:  (619) 446 6570

E-MAIL:  alissimotj@yahoo.com
         alissimo2@prodigy.net.mx

**RECEIVED**

**JUL 1 1 2007**

**ADJUSTMENT BUREAU**

NOTE: Interest is applicable only to the date of May 21, 2007, and then only in the event a written agreement exists between you and the debtor providing for payment of interest.

*PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN AT ONCE TO:*

**ADJUSTMENT BUREAU**
**Attn: Michael L. Joncich**
**CMA Business Credit Services**
**PO Box 7740, Burbank, California  91510-7740**



# PROOF OF CLAIM

Case No. ~~34288~~ 34222

To:    CMA Business Credit Services
       PO Box 7740
       Burbank, California 91510-7740

Re:    Flex Trim North Carolina, Inc.

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS:   $98,613.91

DATED: July 6, 2007

COMPANY NAME:  ALISSIMO, SA DE CV

BY:    Jose C Corral            TITLE:  Manager

ADDRESS:  416  W San Ysidro Blvd. Suite L- 428
          San Ysidro,  CA  92173

PHONE: (619) 793 5366      FAX:  (619) 446 6570

E-MAIL:  alissimotl@yahoo.com
         alissimo2@prodigy.net.mx

RECEIVED

JUL 1 1 2007
ADJUSTMENT BUREAU

RECEIVED

JUL 1 1 2007
ADJUSTMENT BUREAU

NOTE: Interest is applicable only to the date of May 21, 2007, and then only in the event a written agreement exists between you and the debtor providing for payment of interest.

*PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN AT ONCE TO:*

ADJUSTMENT BUREAU
Attn: Michael L. Joncich
CMA Business Credit Services
PO Box 7740, Burbank, California  91510-7740



#29

**RECEIVED**

**PROOF OF CLAIM**

JUL 20 2007

**ADJUSTMENT BUREAU**

Case No. 34223

To:   CMA Business Credit Services
      PO Box 7740
      Burbank, California 91510-7740

Re:   Flex Trim North Carolina, Inc.

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS $   385,221.21

Dated:   July 6, 2007

COMPANY NAME   Resinas Laguna, S.A. de C.V.

BY   Francisco Elorza          TITLE   General Manager

ADDRESS   482 W. San Ysidro Blvd. Suite 1999

CITY, STATE, ZIP   San Ysidro, CA. 92173

PHONE NO.   619-955-6872      FAX#   619-446-6570

EMAIL   reslaguna@prodigy.net.mx

NOTE:   Interest is applicable only to the date of May 21, 2007, and then only in the event a written agreement exists between you and the debtor providing for payment of interest.

*PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN AT ONCE TO:*

**ADJUSTMENT BUREAU**
Attn: Michael L. Joncich
**CMA Business Credit Services**
PO Box 7740, Burbank, California 91510-7740

Exh. N - Page 128

*# 25*

# PROOF OF CLAIM

To:   CMA Business Credit Services
      PO Box 7740
      Burbank, California 91510-7740

Case No. 34222

Re:   Flex Trim California, Inc.

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS $   217,490.53

Dated: July 6, 2007

COMPANY NAME Resinas Laguna, S.A. de C.V.

BY Francisco Elorza     TITLE General Manager

ADDRESS 482 W. San Ysidro Blvd. Suite 1999

CITY, STATE, ZIP San Ysidro, CA. 92173

PHONE NO. 619-955-6872    FAX# 619-446-6570

EMAIL reslaguna@prodigy.net.mx

**RECEIVED**

**JUL 1 3 2007**

**ADJUSTMENT BUREAU**

NOTE: Interest is applicable only to the date of May 21, 2007, and then only in the event a written agreement exists between you and the debtor providing for payment of interest.

*PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN AT ONCE TO:*

ADJUSTMENT BUREAU
Attn: Michael L. Joncich
CMA Business Credit Services
PO Box 7740, Burbank, California 91510-7740

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

I (a) PLAINTIFFS Sindicato de Empleados y trabajadores de la industria, el campo y el Comercio del Estado 29 C.R.O.N., a Mexican labor Union and Sindicato nueva Generación De trabajadores el baja CA. CROC Mexican labor Union

DEFENDANTS Credit Managers Association of California, Inc., dba CMA Business Credit Services, a California non-profit corporation

'07 CV 2365 J LSP

CLERK U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  MEXICO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Los ANGELES
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Guillermo WARRERO
JOSHUA Richman
International Practice Group
1350 Columbia Street, Ste 500
San Diego, CA 92101

ATTORNEYS (IF KNOWN)

'07 CV 2365 J LSP

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)  X

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | • 1 | 1 | Incorporated or Principal Place of Business in This State | • 4 | 4 X |
| Citizen of Another State | • 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | • 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Breach of Contract, etc.    Diversity: 28 USC §1332

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 310 Airplane | 362 Personal Injury-Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment &Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | LABOR | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- 1 Original Proceeding  •
- 2 Removal from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
- CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $  > 75,000

Check YES only if demanded in complaint:
JURY DEMAND:  • YES  • NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):  JUDGE _____  Docket Number _____

DATE  12/18/07

SIGNATURE OF ATTORNEY OF RECORD _____

PAID $350  12/18/07  BH receipt# 145657

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145657    — BH**
**＊ ＊ C O P Y ＊ ＊**
**December 18, 2007**
**11:53:46**

**Civ Fil Non-Pris**
USAO #.: 07CV2365 CIVIL FILING
Judge..: NAPOLEON A JONES, JR
Amount.:                    $350.00 CK
Check#.: BC# 7272

**Total—>    $350.00**

FROM: MEXICAN LABOR UNION V. CREDIT
       MANAGERS ASSOC. ET AL
       CIVIL FILING