GUILLERMO MARRERO (Bar No. 099056)
JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, California  92101
Tel (619) 515-1480
Fax (619) 515-1481
gmarrero@ipglaw.com
jrichman@ipglaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union, and  SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C., a Mexican labor union,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC., dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation,<br><br>Defendant. | Case No. 07CV2365<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

PLEASE TAKE NOTICE that on Wednesday, December 19, 2007, or as soon thereafter as a hearing can be accommodated, Plaintiffs will and hereby do move this Court, pursuant to Fed. R. Civ. Pro. 65 for a temporary restraining order and order to show cause re: preliminary injunction restraining Defendant from paying any of $896,389.81 to: (1) any creditor of FlexTrim California, Inc.; (2) any creditor of FlexTrim North Carolina, Inc.; (3) the Receiver appointed by order of the Superior Court for the State of California, County of San Bernardino

-1-

1  (in case no. SBFSS64717), to take possession of the assets of Alissimo, S.A. de C.V. and
2  Resinas Laguna, S.A. de C.V., (4) anybody else claiming an interest to those funds; or
3  alternatively, an order compelling Defendant to pay $896,389.81 into the Court.

4      The hearing will be conducted at a time and place to be determined after the filing of the
5  Complaint and this Motion. Immediately upon discovering the time and place of hearing,
6  Plaintiffs will promptly provide Defendant notice of the time and location of hearing.

7      In support of their motion, Plaintiffs rely on the attached Memorandum of Points and
8  Authorities, the Declarations of Roberto Quijano, Francisco Elorza, Jose Corral, Edgar Pena and
9  Joshua Richman, the pleadings filed in this action and such other evidence as the Court may
10 allow at the time of the hearing.

11 Dated: December 19, 2007

12                     Respectfully submitted,

13                     INTERNATIONAL PRACTICE GROUP,
                      A PROFESSIONAL CORPORATION
14                     BY

17                     GUILLERMO MARRERO
                      JOSHUA J. RICHMAN
18                     Attorneys for Plaintiffs

1 | GUILLERMO MARRERO (Bar No. 099056)
JOSHUA RICHMAN (Bar No 243147)
2 | **INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
3 | 1350 Columbia Street, Suite 500
San Diego, California 92101
4 | Tel (619) 515-1480
Fax (619) 515-1481
5 | gmarrero@ipglaw.com
jrichman@ipglaw.com
6 |
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union, and SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C., a Mexican labor union; <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC., dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation, <br><br> Defendant. | CASE NO. 07 CV2365 <br><br> **CERTIFICATE OF SERVICE OF** <br><br> **NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
|---|---|

I, <u>Joshua J. Richman,</u> certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is located in the city, county and state where the mailing described below took place.

**SERVICE BY Facsimile:** On <u>December 19, 2007</u>, at 11:15 a.m. I served the documents listed in Appendix A, attached to this Certificate of Service, by transmitting them by a facsimile transmission to CMA Business Credit Services at fax number (818) 972-5301. The above transmission was reported as complete without error.

-1-

INTERNATIONAL PRACTICE GROUP

CERTIFICATE OF SERVICE

1  I, declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>December 19, 2007</u>

*[signature]*

JOSHUA J. RICHMAN

## **Appendix A**

The documents that were served are as follows:

Plaintiffs' Notice of Motion and Motion for a Temporary Restraining Order and Preliminary Injunction

-2-

CERTIFICATE OF SERVICE

INTERNATIONAL PRACTICE GROUP