GUILLERMO MARRERO (Bar No. 099056)
JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, California  92101
Tel (619) 515-1480
Fax (619) 515-1481
gmarrero@ipglaw.com
jrichman@ipglaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union, and  SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C., a Mexican labor union;<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC., dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF MEXICAN ATTORNEY ROBERTO QUIJANO** |

I, Roberto Quijano, declare:

1.     I am a Mexican attorney licensed to practice law in the United States of Mexico.  I am a partner in the law firm Cervantes-Quijano in Tijuana, Mexico and have been practicing Mexican law for 25 years.  I speak fluent English.  I have personal knowledge of all facts stated in this declaration and if called to testify, I could and would testify competently and truthfully to them in a United States court of law.

-1-

2.    I am the lawyer for Alissimo, S.A. de C.V. ("Alissimo") and Resinas Laguna, S.A. de C.V. ("Resinas Laguna") in Mexico.  Both Alissimo and Resinas Laguna are Mexican corporations in good standing under the laws of the State of Baja California, United States of Mexico. Both companies' headquarters are located in Baja California.

3.    On December 13, 2007, a petition was filed against Alissimo and Resinas Laguna by two Mexican labor unions called SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M. ("ESTADO 29") and    SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C. ("NUEVA GENERACION") before the Junta Local de Conciliacion y Arbitraje de Tijuana, the state labor court of Baja California in Tijuana (the "Mexican Court"). For ease of understanding, I will call this legal proceeding the "Mexican Proceeding" throughout this declaration.

4.    ESTADO 29 and NUEVA GENERACION filed the Mexican Proceeding in order to achieve a temporary freeze of the assets of Alissimo and Resinas Laguna because both companies owe considerable amounts to the labor unions' constituent members (all of whom are employees of Alissimo and Resinas Laguna).  More specifically, the Mexican Proceeding requests that the Mexican Court (1) enforce the collective bargaining agreement that exists between ESTADO 29 and Alissimo, and (2) compel Resinas Laguna to enter into a collective bargaining agreement with NUEVA GENERACION.  Both claims specifically relate to the large unpaid amounts owed to the workers.

5.    Both plaintiff labor unions are recognized entities under Mexican law and have the requisite power and authority to represent the interests of their constituent employees in the collection of back wages.

6.    Both ESTADO 29 and NUEVA GENERACION have made informal attempts to collect the unpaid wages from Alissimo and Resinas Laguna.  None of these informal attempts have been successful because neither Alissimo nor Resinas Laguna has the liquidity to pay their employees. Both companies have substantial outstanding accounts receivable that they have thus far been unable to collect.  If Alissimo and Resinas Laguna are unsuccessful in their attempts to

-2-

DECLARATION OF MEXICAN ATTORNEY ROBERTO QUIJANO

1    collect the receivables, they will be forced into insolvency and have no other means by which to

2    pay their employees.

3           7.    I have learned that both Alissimo and Resinas Laguna have very large accounts

4    receivable from two of their former customers located in the United States: FlexTrim California,

5    Inc., and FlexTrim North Carolina, Inc.  It is my understanding that the money that will be used

6    to pay these accounts receivable is currently in the possession and control of CMA Business

7    Credit Services in California because both of the FlexTrim companies have become insolvent.  It

8    is also my understanding that these amounts owed to Alissimo and Resinas Laguna are the only

9    source of substantial liquid funds that they have available to pay their employees.

10           8.    If the employees are prevented access to the companies' receivables now in the

11    possession of CMA Business Credit Services in California, the employees will be left with no

12    remedy and no recourse for the payment of their wages and benefits.

13           9.    Immediately upon the filing of the Mexican Proceeding by ESTADO 29 and

14    NUEVA GENERACION, the Mexican Court ordered a temporary freeze of all the assets of both

15    Alissimo and Resinas Laguna, wherever located.  On December 20th, 2007, the Mexican Court

16    will hold a conciliatory hearing with Resinas Laguna and, on December 26th, 2007 with Alissimo

17    where will be required to respond to the claims of both unions.

18         10.    Mexican law provides that the rights of corporate employees to unpaid wages and

19    benefits are predominant and take priority over all other forms of creditor, secured or unsecured.

20    This right is provided for in the Mexican Constitution (La Constitución Política de los Estados

21    Unidos Mexicanos; Article 123; Section XXIII) and set forth in greater detail and specificity in

22    the Mexican Labor Code. (Ley Federal del Trabajo, Section 924.)

23         11.    When a Mexican company becomes insolvent and employees are owed money, the

24    employees can petition a Mexican judge for an order freezing the employer's assets until the back

25    wages are paid. (Ley Federal del Trabajo, Section 924.)  The simple presentation of a petition to

26    the appropriate Mexican judge has the effect of halting all execution proceedings by creditors of

27    the company and sets forth a chain of events whereby the employees' bona fide claims will be

28    catapulted to the front of the line.  Such a petition is effective against all assets of the company,

1 wherever located.

2     12.    Attached hereto as Exhibit A is a true and correct copy of the petition filed in the

3 Mexican Court by plaintiff ESTADO 29.

4     13.    Attached hereto as Exhibit B is a true and correct copy of the petition filed in the

5 Mexican Court by plaintiff NUEVA GENERACION.

6     14.    Attached hereto as Exhibit C is a true and correct version of the notification order

7 from the Mexican Court directing ESTADO 29 and Alissimo to appear in front of the Mexican

8 Court at 10:30 a.m. on December 26, 2007.

9     15.    Attached hereto as Exhibit D is a true and correct version of the notification order

10 from the Mexican Court directing NUEVA GENERACION and Resinas Laguna to appear in

11 front of the Mexican Court at 11:00 a.m. December 20, 2007.

12     I declare under penalty of perjury under the laws of the State of California that the

13 foregoing is true and correct.

14 Executed this 17th day of December, 2007 at Tijuana, Baja California, United States of Mexico.

15

16

17

18             LIC. ROBERTO QUIJANO

19

20

21

22

23

24

25

26

27

28

-4-

**H. JUNTA LOCAL DE**                          NUM. CTO: 403/2004
**CONCILIACION Y ARBITRAJE EN LA**
**CIUDAD DE TIJUANA.**
**P R E S E N T E .**

**PEDRO SEPULVEDA PALACIOS**, en mi carácter de Secretario General del **SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA EL CAMPO Y EL COMERCIO DEL "ESTADO 29" C.R.O.M.**, personalidad que tengo debidamente acreditada ante la propia Junta de Conciliación y Arbitraje de Tijuana, y señalando como domicilio para oír y recibir toda clase de Notificaciones y documentos en **Av. U.A.B.C. y Facultad de Medicina #2164 Fracc. Maestros Universitarios en Mesa de Otay.**

Que con este escrito vengo a presentar Pliego de Peticiones con Emplazamiento a Huelga con el objeto de obtener el cumplimiento del Contrato Colectivo de Trabajo, para la Notificación y emplazamiento en contra de la fuente denominada **ALISSIMO S.A. DE C.V.**, con su domicilio en *AV. LA PALMA #118 COLONIA MAZATLAN PLAYAS DE ROSARITO B.C. ASI COMO EN CALLE VALLE DEL SUR #8471-B COLONIA VALLE DEL SUR EN TIJUANA B.C.*

A tal virtud solicito se corra traslado del emplazamiento a la mencionada fuente de Trabajo, para que tenga lugar la Audiencia de Conciliación a que se refiere la Ley Federal del Trabajo.

Con arreglo a lo dispuesto deberá prevenirse a la Fuente de Trabajo que la Notificación producirá el efecto de constituir al patrón en Depositarlo de los bienes por todo el termino del aviso con las atribuciones y responsabilidades inherentes al cargo, de acuerdo a lo estipulado por el Articulo 921 de la ley Federal del Trabajo.

**POR LO ANTERIORMENTE EXPUESTO, A USTED C. PRESIDENTE ATENTAMENTE PIDO:**

**UNICO.-** Tenerme por presentado en los terminos del presente escrito como Secretario General del **SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA EL CAMPO Y EL COMERCIO DEL "ESTADO 29" C.R.O.M.**

Tijuana, Baja Cfa., al dia de su presentación.
**POR EL COMITE EJECUTIVO**
**EL SECRETARIO GENERAL**

**PEDRO SEPULVEDA PALACIOS.**



GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
ESPACHADO
13 DIC 2007
ESPACHADO
JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE TIJUANA BAJA CFA.

C. REPRESENTANTE LEGAL
DE LA FUENTE DENOMINADA
*ALISSIMO S.A. DE C.V.*
*CON DOMICILIO AV. LA PALMA #118 COLONIA MAZATLAN PLAYAS DE*
*ROSARITO B.C. ASI COMO EN CALLE VALLE DEL SUR #8471-B COLONIA*
*VALLE DEL SUR EN TIJUANA B.C.*
P R E S E N T E .

      **PEDRO SEPULVEDA PALACIOS**, en mi carácter de Secretario General del **SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA EL CAMPO Y DEL COMERCIO DEL "ESTADO 29" C.R.O.M.**, Registrado bajo el Numero 415 ante la Junta Local de Conciliación y Arbitraje en el Estado, personalidad que acredito con la Certificacion debidamente requisitada ante la propia Junta Local de Conciliacion y señalando como domicilio para oir y recibir toda clase de Notificaciones y Documentos en Av. U.A.B.C. y Facultad de Medicina #2164 Fracc. Maestros Universitarios en Mesa de Otay de esta Ciudad de Tijuana, B.Cfa., ante usted comparesco a exponer:

      Que a nombre y representación de los trabajadores miembros de este Sindicato y que prestan sus servicios en esa Fuente de Trabajo vengo a presentarle el pliego de Peticiones con Emplazamiento a Huelga en los términos del proyecto adjunto en virtud de que las actuales condiciones de trabajo implican un desequilibrio económico en perjuicio de los intereses de los trabajadores de esta Fuente de Trabajo y de que el cumplimiento del Contrato Colectivo viene a restablecer el equilibrio económico entre los factores de la producción armonizando los derechos del Trabajo con los del Capital, y para el caso de no ser satisfechas estas peticiones damos aviso de que realizaremos un movimiento de Huelga para lo que Emplazamos.

## P E T I C I O N E S

1.- Exigimos a esa Empresa el pago inmediato de las vacaciones que se le adeudan a todos y cada uno de los trabajadores del último año transcurrido.

2.- Exigimos el pago de las ultimas dos semanas para todos y cada uno de los trabajadores que han sido laboradas, y que por causa ajenas a ellos, no se les ha cumplido con el pago de su trabajo.

3.- Exigimos a esa empresa el pago de las cuotas sindicales así como el apoyo social, y cultural al sindicato, que se otorga mensual mente y que corresponde la cantidad de 65,000.00 pesos.

4.-Exigimos a esa empresa los salarios vencidos y que se sigan venciendo en caso de que la empresa no acceda a las peticiones solicitadas, así como el pago de los gastos que se originen con motivo del estallamiento de la huelga

GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
ESPACHAD
13 DIC 2007
ESPACHAD
JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE TIJUANA BAJA CFA.

## OBJETO DE LA HUELGA

La Huelga que anunciamos tiene por objeto de obtener el cumplimiento del Contrato Colectivo de conformidad al Articulo 450 Fracción I, IV ya que mediante el cumplimiento del Contrato se restablecerá el equilibrio entre los factores de la producción, armonizando los derechos de los Trabajadores y el capital, ya que actualmente las condiciones de trabajo implican un desequilibrio en perjuicio de los trabajadores con respecto a la situación y posibilidades de esa fuente de trabajo y que son lesivas a los intereses de los trabajadores.

## DERECHOS

Invocamos lo dispuesto en las Fracciones XVI, XVII del Articulo 123 Constitucional, que establece el derecho de los trabajadores a coaligarse en defensa de sus intereses, el derecho de Huelga y la licitud de la misma cuando tengan por objeto el que hemos señalado.

En cuanto a la procedencia de la Huelga son aplicables los Articulos 440, 441, 442, 447, 450 fraccion I, IV, 452 453, y demas relativos y aplicables de la Ley Federal del Trabajo.

## FECHA SEÑALADA PARA LA HUELGA

La Huelga que anunciamos deberá estallar precisamente a las **9:00 HORAS DEL DÍA VIERNES 28 DE DICIEMBRE DEL 2007,** en todos los departamentos y dependencias de esa fuente de Trabajo, en el caso de que no sean satisfechas las peticiones que anunciamos.

De conformidad con lo dispuesto en el Articulo 453 de la Ley Federal del trabajo, la Notificacion del emplazamiento producira el efecto de constituir al patron por todo el termino del aviso en depositario de los bienes propiedad de la fuente de trabajo con las atribuciones y responsabilidades inherentes al cargo.

Tijuana, B.Cfa., al dia de su presentacion.

**ATENTAMENTE
POR EL COMITE EJECUTIVO
EL SECRETARIO GENERAL**

**PEDRO SEPULVEDA PALACIOS**



GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
ESPACHADO
13 DIC 2007
DESPACHADO
JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE TIJUANA BAJA CFA.



**GOBIERNO DEL ESTADO
LIBRE Y SOBERANO DE
BAJA CALIFORNIA**

| DEPENDENCIA | JUNTA LOCAL DE CONCILIACIÓN Y ARBITRAJE |
|---|---|
| SECCION | Presidencia |
| NUMERO DEL OFICIO | 302/2007. |
| EXPEDIENTE | REG. SIND. 415. |

ASUNTO:

Se toma nota de elección de comité ejecutivo.

Tijuana, B.C., a 24 de Octubre del año 2007.

C. SECRETARIO GENERAL DEL SINDICATO
DE EMPLEADOS Y TRABAJADORES DE LA
INDUSTRIA, EL CAMPO Y EL COMERCIO
DEL "ESTADO 29", C.R.O.M.
P R E S E N T E:

En relación a su escrito presentado el día 23 de Octubre del 2007, al cual anexa documentación relativa a la asamblea general extraordinaria de fecha 19 de Octubre del 2007, relativa a la elección del nuevo comité ejecutivo del **SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL "ESTADO 29" C.R.O.M,** atento al contenido de la documentación mencionada, esta autoridad con fundamento en lo dispuesto por el artículo 377 fracción II de la Ley Federal del Trabajo, toma nota de la elección del nuevo comité ejecutivo por el periodo social que comprende del 19 de Octubre del 2007 al 19 de Octubre del 2013, quedando integrado de la siguiente forma:

<u>SECRETARIO GENERAL:</u>  PEDRO SEPÚLVEDA PALACIOS.- <u>SECRETARIO DEL INTERIOR:</u> CRISTHIAN SEPULVEDA MANRIQUEZ.- <u>SECRETARIO DE TRABAJO:</u> JUAN SÁNCHEZ GONZÁLEZ.- <u>SECRETARIO DE ACTAS Y ACUERDOS:</u> ELSA GUTIÉRREZ ARREOLA.- <u>SECRETARIO DE ORGANIZACIÓN Y PROPAGANDA:</u> JUAN LIZARRAGA ARREOLA.- <u>SECRETARIO DE ASUNTOS LEGALES:</u> JOSÉ GUADALUPE SAN MIGUEL TORRERO.- <u>SECRETARIO DE DEPORTES:</u> JOSÉ GUTIÉRREZ ESPINOSA.- <u>SECRETARIO TESORERO:</u> SALVADOR RAMOS REGALADO.-

Sírvase citar el expediente de Registro Sindical **No. 415**, al tratar todo asunto relacionado con esa organización.

"SUFRAGIO EFECTIVO. NO REELECCIÓN"
EL C. PRESIDENTE DE LA H. JUNTA LOCAL DE
CONCILIACIÓN Y ARBITRAJE CON RESIDENCIA
EN TIJUANA BAJA CALIFORNIA.

C. LIC. JOSÉ MANUEL CHÁVEZ LARA

C.c.p.- Expediente.
C.c.p.- Minuta.
SALM/diana.



B

# SINDICATO *"NUEVA GENERACION"* DE
# TRABAJADORES DE BAJA CALIFORNIA
## C.R.O.C.
**Reg.3/92**

*Av. De las Gladiolas #4055-7B*
*Fracc. Del Prado, Tijuana B.C.*

*Tel. 6-81-30-26*
*6-81-07-55*

**H. JUNTA LOCAL DE CONCILIACION Y**
**ARBITRAJE CON RESIDENCIA EN**
**TIJUANA BAJA CAL.**
**P R E S E N T E .-**

    **ALEJANDRO PADRON ORTIZ,** en mi carácter de Secretario General del **SINDICATO "NUEVA GENERACION" DE TRABAJADORES DE BAJA CALIFORNIA, C.R.O.C.,** personalidad que acredito con la CERTIFICACION expedida por la Junta Local de Conciliación y Arbitraje en el Estado, señalando como domicilio para oír y recibir notificaciones en: **Calle Gladiolas #4055-7B Fracc. Del Prado, en esta ciudad de Tijuana Baja Cal.**

    Que para los efectos de lo establecido en el Artículo 920 Fracciones I, II y demás relativos de la Ley Federal del Trabajo, vengo a presentar escrito de pliego de peticiones con emplazamiento a huelga acompañando del proyecto de contrato colectivo de trabajo como parte integrante del mismo, para notificación y emplazamiento de la Empresa denominada: **RESINAS LAGUNA S.A. DE C.V. CON DOMICILIO EN: AV. VALLE SUR #8471 PARQUE INDUSTRIAL VALLE SUR, EN ESTA CIUDAD DE TIJUANA BAJA CAL.**

    En tal virtud solicito se corra traslado de dichos documentos a la negociación indicada, debiéndo señalar día y hora para que tenga lugar la Audiencia de Conciliación a que se refieren los Artículos 926 y 927 de la Ley Federal del Trabajo, siguiendose los tramites legales procedentes.

    Con lo dispuesto en el artículo 921 y 924 de la Ley Federal del Trabajo deberá prevenirse que la notificación producirá el efecto de constituir al patrón por todo el termino del aviso en **DEPOSITARIO DE LOS BIENES DE LA EMPRESA** con las atribuciones y responsabilidades inherentes al cargo.
**SOLICITANDO PARA TAL EFECTO SE LEVANTE INVENTARIO SOBRE LOS BIENES QUE CONFORMAN LA EMPRESA**

    Por lo anteriormente expuesto a esta H. Junta, atentamente pido se sirva.

    **ÚNICO.-** Tenerme por presentado en los términos y documentos anexos como Secretario General del **SINDICATO "NUEVA GENERACION" DE TRABAJADORES DE BAJA CALIFORNIA, C.R.O.C.,** reconocerme la personalidad que ostento y darle tramite procedente, proveyendo de conformidad con lo solicitado en el propio escrito.

            **PROTESTO LO NECESARIO**
**TIJUANA, B.C. A LA FECHA DE SU PRESENTACION.**

               **ALEJANDRO PADRON ORTIZ**
                **SECRETARIO GENERAL**

GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
RECIBIDO
JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE TIJUANA BAJA CFA.

# SINDICATO *"NUEVA GENERACION"* DE
# TRABAJADORES DE BAJA CALIFORNIA
## C.R.O.C.
### Reg.3/92

Av. De las Gladiolas #4055-7B
Fracc. Del Prado, Tijuana B.C.

Tel. 6-81-30-26
6-81-07-55

**C. PROPIETARIO O REPRESENTANTE LEGAL DE LA EMPRESA DENOMINADA: RESINAS LAGUNA S.A. DE C.V.** CON DOMICILIO EN: **AV. VALLE SUR #8471 PARQUE INDUSTRIAL VALLE SUR,** EN ESTA CIUDAD DE TIJUANA BAJA CAL.
**P R E S E N T E .-**

**ALEJANDRO PADRON ORTIZ,** en mi carácter de Secretario General del **SINDICATO "NUEVA GENERACION" DE TRABAJADORES DE BAJA CALIFORNIA, C.R.O.C.,** registrado bajo el **No. 3/92** ante la Junta local de Conciliación y Arbitraje de esta ciudad, acreditando mi personalidad con la certificación expedida por la propia autoridad, señalando como domicilio para oír y recibir notificaciones en la **Calle Gladiolas #4055-7B, Fracc. Del Prado, en esta ciudad de Tijuana Baja Cal.**

Que a nombre y representación de los trabajadores miembros de este Sindicato que prestan sus servicios en esta EMPRESA, vengo a presentarle el pliego de peticiones con objeto de obtener la celebración de un contrato colectivo de trabajo en los términos del proyecto adjunto, en virtud de que los trabajadores miembros de este Sindicato constituyen mayoría de los que laboran en esa Empresa y de que la celebración del Contrato Colectivo de Trabajo viene a restablecer el equilibrio entre los factores de la producción, armonizando los derechos del trabajo con los del Capital, ya que las actuales condiciones de Trabajo implican un desequilibrio en perjuicio de los obreros, y para el caso de no ser satisfechas esas peticiones, damos aviso de que realizaremos un movimiento de huelga para la que emplazamos.

## PETICIONES

**I.-** Pedimos a esa empresa la celebración y firma del Contrato Colectivo de Trabajo en los términos del proyecto adjunto y con base en el tabulador de salarios que se acompaña.

**II.-** Pedimos el pago de los salarios caídos a todos los trabajadores durante el tiempo que dejen de laborar a causa de la huelga, si llegare a estallar, a si como el pago de los gastos que se originen por el conflicto.

## OBJETO DE LA HUELGA

**I.-** La huelga que anunciamos tiene por objeto el señalado en la Fracción II del Articulo 450 de la Ley Federal del Trabajo, consistente en obtener del patrón la celebración de un Contrato colectivo de Trabajo.



GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
RECIBIDO
JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE TIJUANA BAJA CFA.

# SINDICATO *"NUEVA GENERACION"* DE TRABAJADORES DE BAJA CALIFORNIA

## C.R.O.C.
### Reg.3/92

*Av. De las Gladiolas #4055-7B*
*Fracc. Del Prado, Tijuana B.C.*

*Tel. 6-81-30-26*
*6-81-07-55*

**II.-** Mediante la celebración de dicho Contrato Colectivo de Trabajo se conseguirá el equilibrio entre los factores de la producción, armonizando los derechos del trabajo con los del capital, en virtud de que las condiciones de trabajo actuales mantienen un desequilibrio económico, en perjuicio de los obreros, con respecto a la situación y posibilidades de la empresa y son además lesivas para los intereses esenciales los propios trabajadores.

## DERECHO

Invocamos lo dispuesto en las Fracciones XVI, XVII y XVIII del Articulo 123 Constitucional, que establece respectivamente, el derecho de los obreros para coaligarse en defensa de sus intereses el derecho de huelga y la solicitud de las huelgas cuando tengan por objeto el que hemos indicado.

El Articulo 387 de la Ley Federal del Trabajo prescribe, que todo patrón que emplee trabajadores pertenecientes a un sindicato tendrá la obligación de celebrar con este, cuando lo solicite, un Contrato Colectivo de Trabajo.

En cuanto a la procedencia de la Huelga son aplicables los Artículos 440, 441, 442, 447, 450 Fracciones I y II, 920, 921, 924 y demás relativos del citado Ordenamiento Legal.

## FECHA DE ESTALLAMIENTO DE LA HUELGA

La huelga que anunciamos deberá estallar en todos y cada uno de los departamentos de la Empresa, a las **13 HORAS DEL DIA 24 DICIEMBRE DEL 2007,** en caso de que no sean satisfechas las peticiones contenidas en el pliego de peticiones.

De conformidad con lo dispuesto en los Artículos 921 y 924 de la Ley Federal del Trabajo, la notificación del escrito de emplazamiento, producirá el efecto de constituir a Usted, con todo el termino del aviso en DEPOSITARIO de la empresa con las responsabilidades y atribuciones inherentes al cargo. Así como tampoco podrá practicarse embargo, aseguramiento, diligencia, desahucio, en contra de la Empresa, y secuestrar bienes del local o establecimiento a fin de garantizar los derechos de los trabajadores.

### PROTESTO LO NECESARIO
### TIJUANA, B.C. A LA FECHA DE SU PRESENTACION

**ALEJANDRO PADRON ORTIZ**
**SECRETARIO GENERAL**

GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
RECIBIDO

RECIBIDO

JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE TIJUANA BAJA CFA.

# SINDICATO *"NUEVA GENERACION"* DE TRABAJADORES DE BAJA CALIFORNIA

## C.R.O.C.
### Reg.3/92

*Av. De las Gladiolas #4055-7B*
*Fracc. Del Prado, Tijuana B.C.*

*Tel. 6-81-30-26*
*6-81-07-55*

CONTRATO COLECTIVO DE TRABAJO QUE CELEBRAN POR UNA PARTE LA EMPRESA **RESINAS LAGUNA S.A. DE C.V.** CON DOMICILIO EN: **AV. VALLE SUR #8471 PARQUE INDUSTRIAL VALLE SUR,** EN ESTA CIUDAD DE TIJUANA BAJA CAL. Y POR LA OTRA **SINDICATO "NUEVA GENERACION" DE TRABAJADORES DE BAJA CALIFORNIA, C.R.O.C.,** CON DOMICILIO EN: **CALLE GLADIOLAS #4055-7B FRACC. DEL PRADO, EN ESTA CIUDAD DE TIJUANA BAJA CAL.,** REPRESENTADO POR EL **C. ALEJANDRO PADRON ORTIZ,** EN SU CARACTER DE SECRETARIO GENERAL, AL TENOR DE LAS SIGUIENTES:

## C L A U S U L A S

**PRIMERA.-** Ambas partes se reconocen la personalidad con la que celebran el presente Contrato Colectivo de Trabajo, y para abreviar en lo sucesivo se denominara a la Empresa denominada: **RESINAS LAGUNA S.A. DE C.V.** con la palabra **EMPRESA** y **SINDICATO "NUEVA GENERACION" DE TRABAJADORES DE BAJA CALIFORNIA, C.R.O.C.,** con la palabra **SINDICATO,** y al hacerse referencia de la Ley Federal del Trabajo, simplemente se usara la palabra **LEY**.

**SEGUNDA.-** La **EMPRESA** reconoce que el **SINDICATO** representa el interés profesional de los trabajadores al servicio de la misma y se compromete a tratar con este todo asunto relacionado con esa representación a tal efecto el Sindicato nombrara un **DELEGADO** que será un trabajador de la empresa que se ajustara en todo caso a las decisiones del Comite Ejecutivo.

**TERCERA.-** El presente Contrato tiene por objeto establecer las condiciones según las cuales debe prestarse el trabajo en la Empresa y es aplicable a todos los trabajadores que prestan sus servicios en la misma, con excepción de los puestos de confianza a que se refiere la Ley.

**CUARTA.-** La **EMPRESA** se obliga a separar de sus labores a los trabajadores que renuncien al Sindicato o que sean expulsados del mismo, a requerimiento por escrito del sindicato. Las separaciones así llevadas a cabo, serán sin ninguna responsabilidad para la Empresa y esta efectuara las separaciones inmediatamente que reciba la comunicación del Sindicato.

**QUINTA.-** Los trabajadores tienen la obligación de desempeñar el trabajo de acuerdo a lo que establece el Articulo 134 de la Ley, es decir, con la intensidad, cuidado y esmero apropiados, y en la forma, tiempo y lugar convenidos.


GOBIERNO DEL ESTADO DE BAJA CALIFORNIA
RECIBIDO
JUNTA LOCAL DE CONCILIACION Y ARBITRAJE TIJUANA BAJA CFA.

# SINDICATO *"NUEVA GENERACION"* DE
# TRABAJADORES DE BAJA CALIFORNIA
## C.R.O.C.
**Reg.3/92**

*Av. De las Gladiolas #4055-7B*
*Fracc. Del Prado, Tijuana B.C.*

*Tel. 6-81-30-26*
*6-81-07-55*

**SEXTA.-**La duración de la jornada será de acuerdo a lo señalado en el Articulo 61 de la Ley.

**SÉPTIMA.-** Los salarios que percibirán los trabajadores son los que se estipulan en el Tabulador del presente contrato.

**OCTAVA.-** Por cada seis días de trabajo a la semana, el trabajador disfrutara de un día de descanso pagado, conviniendo las partes en que dicho día será de acuerdo a las necesidades de la Empresa. Los trabajadores que laboren el día domingo, tendrán derecho a que se les pague una prima adicional del 25% de su salario de ese día.

**NOVENA.-** Empresa y Sindicato convienen en que los días considerados como festivos obligatorios en la Ley, serán disfrutados por los trabajadores de conformidad como lo establece el Articulo 74 de la Ley.

**DÉCIMA.-** Los trabajadores disfrutaran de un periodo anual de vacaciones de conformidad como lo establece la Ley en el Articulo 76.

**DÉCIMA PRIMERA.-** Antes del día 20 de Diciembre de cada año la Empresa se obliga a entregar a los trabajadores el aguinaldo anual a que se refiere el Articulo 87 de la Ley, consistente en lo equivalente a quince días de salario, o lo proporcional al año trabajado.

**DÉCIMA SEGUNDA.-** Empresa y sindicato se comprometen a dar cumplimiento fiel del Articulo 153-A de la Ley y establecer Programas adecuados para la Capacitación y Adiestramiento de sus trabajadores, que les permita elevar su nivel de vida y de productividad.

**DÉCIMA TERCERA.-** La empresa se compromete a proporcionar una ayuda económica al Sindicato, con el fin de incrementar las actividades deportivas y culturales de sus miembros, cantidad que será a criterio de la Empresa.

**DÉCIMA CUARTA.-** Sindicato y Empresa convienen y así lo aceptan que el presente Contrato Colectivo de Trabajo se celebre por Tiempo Indefinido y solo será revisado en el plazo que marca la Ley.

**DÉCIMA QUINTA.-** Empresa y Sindicato convienen en que este Contrato Colectivo de trabajo entra en vigor desde el momento de su firma, independientemente de su deposito legal.



GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
RECIBIDO
13 DIC 2007
RECIBIDO
JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE TIJUANA BAJA CFA.

# SINDICATO *"NUEVA GENERACION"* DE
# TRABAJADORES DE BAJA CALIFORNIA
## C.R.O.C.
**Reg.3/02**

Av. De las Gladiolas #4055-7B
Fracc. Del Prado, Tijuana B.C.

Tel. 6-81-30-26
6-81-07-55

TABULADOR DE SALARIOS QUE REGIRA A LA EMPRESA DENOMINADA: **RESINAS LAGUNA S.A. DE C.V.** CON DOMICILIO EN: **AV. VALLE SUR #8471 PARQUE INDUSTRIAL VALLE SUR,** EN ESTA CIUDAD DE TIJUANA BAJA CAL.

| PLAZAS | CATEGORÍAS | DÍAS DE TRABAJO | SALARIO DIARIO |
|---|---|---|---|
| 40 | LABORES GENERALES | 6 | $250.00 |

**TIJUANA B. C., A LA FECHA DE SU PRESENTACION.**

**POR EL SINDICATO**                    **POR LA EMPRESA**

**ALEJANDRO PADRON ORTIZ**
**SECRETARIO GENERAL**



GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
RECIBIDO
JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE TIJUANA BAJA CFA.



GOBIERNO DEL ESTADO
LIBRE Y SOBERANO DE
BAJA CALIFORNIA

| | |
|---|---|
| DEPENDENCIA | **JUNTA LOCAL DE CONCILIACIÓN Y ARBITRAJE** Presidencia |
| SECCION | |
| NUMERO DEL OFICIO | 199 |
| EXPEDIENTE | **REG. SIND. 3/92.** |

ASUNTO:

**Se toma nota de elección de comité ejecutivo.**

Tijuana, B.C., a 30 de Junio del año 2004.

**C. SECRETARIO GENERAL DEL SINDICATO "NUEVA GENERACIÓN"
DE TRABAJADORES DE BAJA CALIFORNIA, C.R.O.M.,**

**P R E S E N T E:**

En relación a su escrito presentado el día 23 de Junio del 2004, al cual anexa documentación relativa a las asambleas extraordinarias de fechas 03 y 21 de Junio del 2004, lo anterior relativo al **SINDICATO "NUEVA GENERACIÓN" DE TRABAJADORES DE BAJA CALIFORNIA, C.R.O.M.,** atento al contenido de la documentación mencionada, esta autoridad con fundamento en lo dispuesto por el artículo 377 fracción II de la Ley Federal del Trabajo, toma nota de la admisión de nuevos miembros así como de la elección del nuevo comité ejecutivo del periodo social que comprende del 23 de Junio del 2004 al 22 de Junio del 2010, y que se integra en la siguiente forma:

**SECRETARIO GENERAL:** ALEJANDRO PADRÓN ORTIZ.- **SECRETARIO DEL INTERIOR:** CECILIA GUADALUPE CUADRAS RIVERA.- **SECRETARIO DEL EXTERIOR:** JOSE ALBERTO VAZQUEZ CUADRAS.- **SECRETARIO DE ORGANIZACIÓN Y PROPAGANDA:** JOAQUIN RAFAEL PIMENTEL JIMENEZ.- **SECRETARIO DE ACTAS:** VERÓNICA PADRÓN TORRES.- **SECRETARIO DE TRABAJO Y CONFLICTOS:** ANTONIA VELÁSQUEZ CAZAREZ.- **SECRETARIO TESORERO:** JANET PADRÓN TORRES.-

Sírvase citar el expediente de Registro Sindical **No. 3/92,** al tratar todo asunto relacionado con esa organización.

**"SUFRAGIO EFECTIVO. NO REELECCIÓN"
EL C. PRESIDENTE DE LA H. JUNTA LOCAL DE
CONCILIACIÓN Y ARBITRAJE CON RESIDENCIA
EN TIJUANA, BAJA CALIFORNIA.**

**C. LIC. ANTONIO ORTIZ GUTIERREZ.**

C.c.p.- Expediente.
C.c.p.- Minuta.
SALM/dm*

JUNTA LOCAL DE CONCILIACION
Y ARBITRAJE
TIJUANA, B.C.



GOBIERNO DEL ESTADO DE
BAJA CALIFORNIA
DESPACHADO
JUN 30 2004
DESPACHADO
JUNTA LOCAL DE CONCILIACION Y
ARBITRAJE   TIJUANA  BAJA CAL.

**HUELGA NO. 2316/07-3**

Se recibió a las 13:06 trece horas con seis minutos del día 13 trece de Diciembre del año 2007, dos mil siete.- Con lo que doy cuenta.- *CONSTE.*- - - - - - - - - - - - - - - - - - -

JUNTA LOCAL DE
CONCILI
TIJUANA, B.C.

"... Tijuana, Baja California, a 13 trece de Diciembre del año 2007, dos mil siete.- Por presentado el **SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA EL CAMPO Y EL COMERCIO DEL "ESTADO 29" C.R.O.M.** con el escrito y anexos de cuenta, formulando pliego de peticiones con emplazamiento a huelga en contra de **ALISSIMO S.A. DE C.V. con su domicilio en AV. LA PALMA #118 COLONIA MAZATLAN PLAYAS DE ROSARITO B.C. ASI COMO EN CALLE VALLE DEL SUR #8471-B COLONIA VALLE DEL SUR EN TIJUANA, B.C.** toda vez que el objeto de la huelga es obtener **EL CUMPLIMIENTO DEL CONTRATO COLECTIVO DE TRABAJO,** con fundamento en lo dispuesto por el artículo 923 de la Ley Federal del Trabajo, certifique la Secretaria General de esta Junta, sí la documentación exhibida reúne los requisitos que establece el artículo 920 y sí el emplazante es titular del Contrato Colectivo de Trabajo, y cumplidas esas formalidades, dése cuenta para proveer lo conducente. - **CÚMPLASE:** Así lo proveyeron y firman los CC. Miembros que integran la Junta Especial Numero TRES Representante de Gobierno el **C. LIC. LEONARDO MARTINEZ DELGADO** Presidente de la Local mencionada en los términos de lo que dispone el artículo 609 fracción I de la Ley Federal del Trabajo, por ante la **C. LIC. ABEL ULISES MONGE ANGULO,** Secretario General de la misma que autoriza y da fe, haciendo hincapié en el sentido de que debido a lo sumarísimo del procedimiento de huelga, en el probable caso de omisión de firmas de algún integrante de la Junta, se entenderá que se esta conforme con el presente acuerdo, en atención a lo establecido por el artículo 721 de la Ley Federal del trabajo - - - - - - - -

- - - En la misma fecha, el suscrito Secretario General de la Junta Local de Conciliación y Arbitraje con residencia en Tijuana, Baja California, en cumplimiento a lo ordenado en el auto que antecede, **C E R T I F I C A :** Que la documentación exhibida por el sindicato emplazante, si reúne los requisitos señalados en el artículo 920 de la Ley Federal del Trabajo, y el propio organismo es titular del Contrato Colectivo de Trabajo con el patrón a quien dirige el pliego de peticiones.- Doy Fe.- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HUELGA NUM 2316/07-3

"...Tijuana, Baja California, a 13 trece de Diciembre del año 2007, dos mil siete.- Por recibido el emplazamiento a huelga que promueve el C. PEDRO SEPULVEDA PALACIOS Secretario General del emplazante SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA EL CAMPO Y EL COMERCIO DEL "ESTADO 29" C.R.O.M. personalidad que acredita con oficio 53 de fecha 02 de marzo del 2004 de la toma de nota del comité ejecutivo de ese organismo obrero, en contra de ALISSIMO S.A. DE C.V. con su domicilio en AV. LA PALMA #118 COLONIA MAZATLAN PLAYAS DE ROSARITO B.C. ASI COMO EN CALLE VALLE DEL SUR #8471-B COLONIA VALLE DEL SUR EN TIJUANA, B.C. désele entrada, fórmesele expediente respectivo, regístrese en el libro de Gobierno correspondiente con el número 2316/07-3, proceda el C. Actuario, a hacer entrega del pliego de peticiones al patrón que se emplaza en el domicilio que se señala, tal como lo establece el artículo 921 de la Ley Federal del Trabajo, previniéndole que deberá contestado por escrito dentro de las siguientes cuarenta y ocho horas después de la notificación, haciéndole saber que a partir de la misma, se constituye en depositario de la totalidad de los bienes que integran la negociación por todo el término del aviso, con las atribuciones y responsabilidades inherentes al cargo, cítese a las partes a la AUDIENCIA DE CONCILIACION prevista por el artículo 926 de la Ley Federal del Trabajo, la que tendrá verificativo en el local ubicado en Blvd. Díaz Ordaz número 12649 Fraccionamiento El Paraíso, Centro Comercial Plaza Patria Tercer Nivel señalándose para tal efecto las 10:30 DIEZ HORAS CON TREINTA MINUTOS DEL DIA 26 VEINTISEIS DE DICIEMBRE DEL 2007, DOS MIL SIETE apercibida la parte obrera que de no comparecer al acto, no correrá el término señalado en el aviso para el estallamiento de la huelga, de conformidad con lo dispuesto en la fracción II del artículo 927 de la Ley Federal del Trabajo, y a la patronal de emplearse en su contra los medios de apremio para hacerla comparecer en caso de ser ella la que no concurra, de conformidad con lo dispuesto por la fracción III del artículo 927 de la Ley Laboral.- NOTIFIQUESE Y CUMPLASE.- Así lo proveyeron y firman los CC. Miembros que integran la Junta Especial Número TRES de la Local de Conciliación y Arbitraje de esta ciudad, actuando como Representante de Gobierno el C. LIC. LEONARDO MARTINEZ DELGADO Presidente de la Local mencionada en los términos de lo que dispone el artículo 609 fracción I de la Ley Federal del Trabajo, por ante el C. LIC. ABEL ULISES MONGE ANGULO, Secretario General de la misma que autoriza y da fe, haciendo hincapié en el sentido de que debido a lo sumarísimo del procedimiento de huelga, en el probable caso de omisión de firmas de algún integrante de la Junta, se entenderá que se esta conforme con el presente acuerdo, en atención a lo establecido por el artículo 721 de la Ley Federal del Trabajo - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# [ T R A N S L A T I O N ]

STRIKE NO. 2316/07-3

It was received at 13:06 thirteen hours six minutes on the 13th thirteen day of December 2007 two thousand seven.- By which I State – Let it be Stated

"...Tijuana, Baja California, on December 13 thirteen 2007, two thousand seven. The SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA EL CAMPO Y EL COMERCIO DEL "ESTADO 29" C.R.O.M. (Union of Employees and Workers of the Industry, the Field, and the Commerce of State 29 C.R.O.M.) filed this brief and exhibits, thereby making a statement of petitions and summoning the strike against ALISIMO S.A. DE C.V. with its domicile located at AV. LA PALMA #118 COLONIA MAZATALN PLAYAS DE ROSARITO B.C. AS WELL AS ON CALLE VALLE DEL SUR #8471-B, COLONIA VALLE DEL SUR, IN TIJUANA B.C. given that the purpose of the strike is to obtain PERFORMANCE UNDER THE COLLECTIVE BARGAINING AGREEMENT, in accordance with article 923 of the Federal Labor Law, the General Secretary of this Board to certify that the filed documents comply with the requirements set forth in article 920 and if the party who issued the summons is the principal under the Collective Bargaining Agreement same party that signed the Contract with the Labor Union, and ones such requirements have been fulfilled, make note in order to proceed accordingly – IT MUST BE CARRIED OUT: As provided for and signed by the Members of Special Board Number THREE (*Junta Especial Número TRES*) the Representative of the Government LIC. LEONARDO MARTINEZ DELGADO President of the abovementioned Local Board under the terms established by article 609 section I of the Federal Labor Law, before LIC. ABEL ULISES MONGE ANGULO, General Secretary of the Board authorizes and attests, emphasizing to the fact that given the summary nature of the strike procedure, in the event that the signature of any Member of the Board is missing, it will be understood that it is in accordance with this agreement, in accordance with article 721 of the Federal Labor Law.- - -

(Illegible signature)

- - - On the same date, the undersigned General Secretary of the Local Labor Board of Conciliation and Arbitration (*Junta Local de Conciliación and Arbitraje*) with residence in Tijuana, Baja California, on performance with the above paragraph hereby CERTIFIES: That the documents submitted by the Union who issued the summons comply with the requirements set forth on Article 920 of the Federal Labor Law and it is the same entity who is the principal under the Collective Bargaining Agreement with the employer to whom the signed the Contract with the employer to who the statement of petitions is addressed. I Attest

(Illegible signature)                                        (Illegible signature)

[ **TRANSLATION** ]

STRIKE NO. 2316/07-3

"...Tijuana, Baja California, on December 13th thirteen 2007, two thousand seven. It's hereby received the summons to strike filed by PEDRO SEPULVEDA PALACIOS General Secretary of the party that issued the summons UNION OF EMPLOYEES AND WORKERS OF THE INDUSTRY, THE FIELD, AND THE COMMERCE OF ESTADO 29 C.R.O.M (*SINDICATO DE EMPLEADO Y TRABAJADORES DE LA INDUSTRIA EL CAMPO Y EL COMERCIO DEL "ESTADO 29" C.R.O.M.*) with legal capacity proved to me by brief 53 dated March 2[nd], 2004 of the registry of the Executive Committee of the Labor Union, against ALISSIMO S.A. DE C.V. with its domicile located at AV. LA PALMA #118 COLONIA MAZATALN PLAYAS DE ROSARITO B.C. AS WELL AS IN CALLE VALLE DEL SUR #8471-B C. COLONIA VALLE DEL SUR EN TIJUANA B.C. be accepted, open corresponding file, register at the correspondent Government book with the number 2316/07-3, proceed the C. Actuary to deliver the statement of petitions to the employer to be summoned at the abovementioned domicile, as set forth in article 921 of the Federal Labor Law, advising him that he must answer in writing within the next forty eight hours after the summons, advising him that after the summons and during all the period of the notification it shall become the depositary of all the goods, with all rights and responsibilities pertaining to said position, notify the parties to a CONCILIATORY HEARING in accordance with article 926 of the Federal Labor Law, which will take place at Blvd. Diaz Ordaz number 12649 Fraccionamiento El Paraiso, Centro Comercial Plaza Patria Third Level on DECEMBER 26th TWENTY SIX 2007, TWO THOUSAND SEVEN  at 10:30 TEN THIRTY, advised the Union that if they do not appear to the citation, the term period for the beginning of the strike will not start running, in accordance with section II of article 927 of the Federal Labor Law, and to employer that in the event that it does not appear sanctions may be applied in order to make it appear, in accordance with the section III of the article 927 of the Labor Law – NOTIFY AND PERFORM.- As provided and signed by the Members of the Special Local Conciliation and Arbitration Board Number THREE (*Junta Especial Número Tres*) acting as Representative of the Government LIC. LEONARDO MARTINEZ DELGADO, President of the abovementioned Local Board, in accordance with the terms of article 609 section I of the Federal Labor Law, by and before LIC. ABEL ULISES MONGE ANGULO, General Secretary of the Board authorizes and attests, emphasizing to the fact that given the summary nature of the strike procedure, in the event that the signature of any Member of the Board is missing, it will be understood that it is in accordance with this agreement, in accordance with article 721 of the Federal Labor Law.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Illegible signature)                                                    (Illegible signature)



HGA. NUM. 2307/07-1

Se reúne a las 11:49 once horas con cuarenta y nueve minutos del día 13 Trece de diciembre del año 2007, dos mil siete.- Con lo que doy cuenta.- CONSTE.- - - - - - - - - - -

JUNTA LOCAL DE
CONCILIACION Y ARBITRAJE
TIJUANA, B.C. California, a 13 Trece de diciembre del año 2007, dos mil siete.- Por presentado el SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C., con el escrito y anexos de cuenta, formulando pliego de peticiones con emplazamiento a huelga en contra RESINAS LAGUNA S.A. DE C.V. con domicilio en AV. VALLE SUR #8471 PARQUE INDUSTRIAL VALLE SUR EN ESTA CIUDAD DE TIJUANA BAJA CAL. toda vez que el objeto de la huelga es obtener CELEBRACION Y FIRMA DE CONTRATO COLECTIVO DE TRABAJO, con fundamento en lo dispuesto por el artículo 923 de la Ley Federal del Trabajo, certifique la Secretaria General de esta Junta, si la documentación exhibida reúne los requisitos que establece el artículo 920 y si el emplazante es titular del Contrato Colectivo de Trabajo, y cumplidas esas formalidades, dése cuenta para proveer lo conducente.- CUMPLASE. Así lo proveyeron y firman los CC. Miembros que integran la Junta Especial Número UNO de la Local de Conciliación y Arbitraje de esta ciudad, actuando como Representante de Gobierno el C. LIC. LEONARDO MARTINEZ DELGADO Presidente de la Local mencionada en los términos de la que dispone el artículo 609 fracción I de la Ley Federal del Trabajo, por ante el C. LIC. ABEL ULISES MONGE ANGULO Secretario General de la misma que autoriza y da fe, haciendo hincapié en el sentido de que decimos a lo automático del procedimiento de huelga, en el probable caso de omisión de firmas de algún integrante de la Junta, se entienda que el está conforme con el presente acuerdo, en atención a lo establecido por el artículo 721 de la Ley Federal del Trabajo - - - - - - - - - - - - - - - - - - - - - - - - - - - -


En la misma fecha, el suscrito Secretario General de la Junta Local de Conciliación y Arbitraje con residencia en Tijuana, Baja California, en cumplimiento a lo ordenado en el proveído que antecede C E R T I F I C A.- Que teniendo a la vista el Libro de Registro respectivo, NO se encontró anotado Contrato Colectivo de Trabajo que hubiere celebrado con la empresa emplazada, con alguna Organización Obrera.- DOY FE.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HUELGA NUM. 2307/07-1

Tijuana, Baja California, a 13 Trece de diciembre del año 2007, dos mil siete.- Por recibido el emplazamiento a huelga que promueve el C. ALEJANDRO PADRON ORTIZ, Secretario General del emplazante SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C. personalidad que acredita con oficio  mediante oficio 199 relacionada con la toma de nota fecha 30 de junio de 2004, de la toma de nota del comité ejecutivo de ese organismo obrero, en contra de RESINAS LAGUNA  S.A. DE C.V.  con domicilio en AV. VALLE SUR #8471 PARQUE INDUSTRIAL VALLE SUR EN ESTA CIUDAD DE TIJUANA BAJA CAL.  désele entrada, fórmesele expediente respectivo, regístrese en el libro de Gobierno correspondiente con el número 2307/07-1, proceda el C. Actuario, a hacer entrega del pliego de peticiones al patrón que se emplaza en el domicilio que se señala,  tal como lo establece el artículo 921 de la Ley Federal del Trabajo, previniéndole que deberá contestarlo por escrito dentro de las siguientes cuarenta y ocho horas después de la notificación, haciéndole saber que a partir de la misma, se constituye en depositario de la totalidad de los bienes que integran la negociación por todo el término del aviso, con las atribuciones y responsabilidades inherentes al cargo, cítese a las partes a la AUDIENCIA DE CONCILIACIÓN, prevista por el artículo 926 de la Ley Federal del Trabajo, la que tendrá verificativo en el local ubicado en Blvd. Díaz Ordaz número 12549 Fraccionamiento El Paraíso, Centro Comercial Plaza Patria Tercer Nivel señalándose para tal efecto las 11:00 ONCE DEL DIA 20 VEINTE DE DICIEMBRE DEL 2007, DOS MIL SIETE apercibida la parte obrera que de no comparecer al acto, no correrá el término señalado en el aviso para el estallamiento de la huelga, de conformidad con lo dispuesto en la fracción II del artículo 927 de la Ley Federal del Trabajo,  y a la patronal de  emplearse en su contra los medios de apremio para hacerla comparecer en caso de ser ella la que no concurra, de conformidad con lo dispuesto por la fracción III del artículo  927 de la Ley Laboral.- NOTIFÍQUESE Y CÚMPLASE.- Así lo proveyeron y firman los CC. Miembros que integran la  Junta Especial Número UNO de la Local de Conciliación y Arbitraje de esta ciudad, actuando como Representante de Gobierno el C. LIC. LEONARDO MARTINEZ DELGADO presidente de la Local mencionada en los términos de lo que dispone el artículo 609 fracción I de la Ley Federal del Trabajo, por ante el C. LIC. ABEL ULISES MONGE ANGULO  Secretario General de la misma que autoriza y da fe, haciendo hincapié en el sentido de que debido a lo sumarísimo del procedimiento de huelga, en el probable caso de omisión de firmas de algún integrante de la Junta, se entenderá que se esta conforme con el presente acuerdo, en atención a lo establecido por el artículo 721 de la Ley Federal del Trabajo

**[ T R A N S L A T I O N ]**

STRIKE. NO. 2307/07-1

It was received at 11:49 eleven hours forty nine minutes on the 13th thirteen day of December 2007 two thousand seven.- By which I State – Let it be Stated

"...Tijuana, Baja California, on December 13 thirteen 2007, two thousand seven. The. UNION NEW GENERATION OF WORKERS OF BAJA CALIFORNIA C.R.O.C. (SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C.) filed this brief and exhibits, thereby making a statement of petitions and summoning the strike against RESINAS LAGUNA S.A. DE C.V. with its domicile located at AV. VALLE DEL SUR #8471, PARQUE INDUSTRIAL VALLE SUR, IN TIJUANA B.C. given that the purpose of the strike is to obtain THE COLLECTIVE BARGAINING AGREEMENT EXECUTED AND SINGED, in accordance with article 923 of the Federal Labor Law, the General Secretary of this Board to certify that the filed documents comply with the requirements set forth in article 920 and if the party who issued the summons is the principal under the Collective Bargaining Agreement same party that signed the Contract with the Labor Union, and ones such requirements have been fulfilled, make note in order to proceed accordingly – IT MUST BE CARRIED OUT: As provided for and signed by the Members of Special Board Number ONE (*Junta Especial Número UNO*) the Representative of the Government LIC. LEONARDO MARTINEZ DELGADO President of the abovementioned Local Board under the terms established by article 609 section I of the Federal Labor Law, before LIC. ABEL ULISES MONGE ANGULO, General Secretary of the Board authorizes and attests, emphasizing to the fact that given the summary nature of the strike procedure, in the event that the signature of any Member of the Board is missing, it will be understood that it is in accordance with this agreement, in accordance with article 721 of the Federal Labor Law.- - -

(Illegible signature)                                                  (Illegible signature)

- - - On the same date, the undersigned General Secretary of the Local Labor Board of Conciliation and Arbitration (*Junta Local de Conciliación and Arbitraje*) with residence in Tijuana, Baja California, on performance with the above paragraph hereby CERTIFIES: That having the Registry Book, it was NOT found any record of a executed Contract between the company with another Labor Union. I Attest

(Illegible signature)

# [ T R A N S L A T I O N ]

STRIKE NO. 2307/07-3

"...Tijuana, Baja California, on December 13th thirteen 2007, two thousand seven. It's hereby received the summons to strike filed by C. ALEJANDRO PADRON ORTIZ General Secretary of the party that issued the summons UNION NEW GENERATION OF WORKERS OF BAJA CALIFORNIA C.R.O.C. (*SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C.*) with legal capacity proved to me by brief 199 dated June 30th, 2004 of the registry of the Executive Committee of the Labor Union, against RESINAS LAGUNA S.A. DE C.V. with its domicile located at AV. VALLE DEL SUR #8471 PARQUE INDUSTRIA VALLE SUR  TIJUANA B. CAL. be accepted, open corresponding file, register at the correspondent Government book with the number 2307/07-1, proceed the C. Actuary to deliver the statement of petitions to the employer to be summoned at the abovementioned domicile, as set forth in article 921 of the Federal Labor Law, advising him that he must answer in writing within the next forty eight hours after the summons, advising him that after the summons and during all the period of the notification it shall become the depositary of all the goods, with all rights and responsibilities pertaining to said position, notify the parties to a CONCILIATORY HEARING in accordance with article 926 of the Federal Labor Law, which will take place at Blvd. Diaz Ordaz number 12649 Fraccionamiento El Paraiso, Centro Comercial Plaza Patria Third Level on DECEMBER 20[th] TWENTY SIX 2007, TWO THOUSAND SEVEN  at 11:00 ELEVEN, advised the Union that if they do not appear to the citation, the term period for the beginning of the strike will not start running, in accordance with section II of article 927 of the Federal Labor Law, and to employer that in the event that it does not appear sanctions may be applied in order to make it appear, in accordance with the section III of the article 927 of the Labor Law – NOTIFY AND PERFORM.- As provided and signed by the Members of the Special Local Conciliation and Arbitration Board Number ONE (*Junta Especial Número Uno*) acting as Representative of the Government LIC. LEONARDO MARTINEZ DELGADO, President of the abovementioned Local Board, in accordance with the terms of article 609 section I of the Federal Labor Law, by and before LIC. ABEL ULISES MONGE ANGULO, General Secretary of the Board authorizes and attests, emphasizing to the fact that given the summary nature of the strike procedure, in the event that the signature of any Member of the Board is missing, it will be understood that it is in accordance with this agreement, in accordance with article 721 of the Federal Labor Law.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Illegible signature)                                                                (Illegible signature)