GUILLERMO MARRERO (Bar No. 099056)
JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, California 92101
Tel (619) 515-1480
Fax (619) 515-1481
gmarrero@ipglaw.com
jrichman@ipglaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union, and SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C., a Mexican labor union;<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC., dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation,<br><br>Defendant. | Case No. 07 CV 2365 J LSP<br><br>**SUPPLEMENTAL DECLARATION OF MEXICAN ATTORNEY ROBERTO QUIJANO** |

I, Roberto Quijano, declare:

1.     I am a Mexican attorney licensed to practice law in the United States of Mexico. I am a partner in the law firm Cervantes-Quijano in Tijuana, Mexico and have been practicing Mexican law for 25 years. I speak fluent English. I have personal knowledge of all facts stated in this declaration and if called to testify, I could and would testify competently and truthfully to them in a United States court of law.

-1-                              07 CV 2365 J LSP

2.      On December 13, 2007, a petition was filed against Alissimo, S.A. de C.V. ("Alissimo") and Resinas Laguna, S.A. de C.V. ("Resinas Laguna") by two Mexican labor unions called SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M. ("ESTADO 29") and SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C. ("NUEVA GENERACION") before the Junta Local de Conciliacion y Arbitraje de Tijuana, the state labor court of Baja California in Tijuana (the "Mexican Court"). ESTADO 29 and NUEVA GENERACION are the Mexican labor unions that represent the interests of the employees of Alissimo and Resinas Laguna respectively.

3.      As a result of the filing of the above-described petition in the Mexican Court, the employees' rights to the assets and income of Alissimo and Resinas Laguna have become subrogated to the rights of the companies themselves. Also because of the filing, the employees have obtained an immediate priority interest in all assets and income of Alissimo and Resinas Laguna for the purpose of collecting unpaid wages and benefits, including but not limited to all rights to the major liquid asset now in the possession of Defendant CMA in the United States.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of December, 2007 at Tijuana, Baja California, United States of Mexico.

LIC. ROBERTO QUIJANO

07 CV 2365 J LSP

SUPPLEMENTAL DECLARATION OF MEXICAN ATTORNEY ROBERTO QUIJANO