GUILLERMO MARRERO (Bar No. 099056)
JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, California  92101
Tel (619) 515-1480
Fax (619) 515-1481
gmarrero@ipglaw.com
jrichman@ipglaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union, and  SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C., a Mexican labor union;<br><br>          Plaintiffs,<br><br>     v.<br><br>CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC., dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation,<br><br>          Defendant. | Case No. 07CV2365<br><br>**SUPPLEMENTAL DECLARATION OF JOSHUA J. RICHMAN** |

I, Joshua J. Richman, declare:

1.      I am an attorney licensed to practice law before all courts of the State of California and I am associated with the law firm International Practice Group, a Professional Corporation, attorneys of record for Plaintiffs SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union,  and  SINDICATO  NUEVA  GENERACION  DE  TRABAJADORES  DE  BAJA

-1-                                        07CV2365

CALIFORNIA C.R.O.C., a Mexican labor union.  I have personal knowledge of the facts stated in this declaration, and if called upon to testify I could, and would, testify competently to them in a court of law.

2.      On December 19, 2007, at about 11:15 a.m., I caused to be served by facsimile on Defendant CMA Plaintiffs' Notice of Motion and Motion for a Temporary Restraining Order and Preliminary Injunction.  I sent the notice to 818.972.5301 which is listed on CMA's website as their fax number for their office in Burbank, California.

3.      On December 19, 2007, at 12:48 p.m., I sent an email to Michael Joncich (at the email address mjoncich@creditservices.org), a representative of Defendant CMA who is familiar with the issues surrounding the large receivable balance owed to Alissimo, S.A. de C.V. and Resinas Laguna S.A. de C.V.   I sent a copy of the email to Michael Peterson, Esq. (mpetersen@shbllp.com), an attorney who represents Defendant CMA.  At 12:51 p.m., I received notice via email that Mr. Petersen had received and read my email.  At 2:06 p.m., I received notice via email that Mr. Joncich had received and read the email.  Attached hereto as Exhibit A is a true and correct copy of the email that I sent to and the confirmations of its receipt.

4.      Around 1:15 p.m., I received a phone call from Mr. Petersen and Len Shulman, Esq., the attorneys for Defendant CMA confirming their receipt of my email.  Mr. Petersen and Mr. Shulman indicated that they would be forwarding me certain evidence of the amount of money that Alissimo and Resinas Laguna would be entitled to under the common law bankruptcy proceeding currently underway with respect to the FlexTrim companies.  As of the filing of this declaration, I have not yet received the evidence from Mr. Petersen and Mr. Shulman.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of December, 2007 at San Diego, California.


JOSHUA J. RICHMAN

-2-                                                   07CV2365

SUPPLEMENTAL DECLARATION OF JOSHUA J. RICHMAN

# EXHIBIT A

## Joshua Richman

| | |
|---|---|
| **From:** | Joshua Richman |
| **Sent:** | Wednesday, December 19, 2007 12:48 PM |
| **To:** | 'mjoncich@creditservices.org' |
| **Cc:** | 'mpetersen@shbllp.com'; Guillermo Marrero |
| **Subject:** | CMA - Notice of Temporary Restraining Order and OSC re: Preliminary Injunction |
| **Importance:** | High |
| **Attachments:** | 2) Complaint (12-18-07).pdf; 1. Notice of TRO (10-19-07).pdf; 2. Memo in Support of TRO (10-19-07).pdf |

| **Tracking:** | Recipient | Delivery | Read |
|---|---|---|---|
| | 'mjoncich@creditservices.org' | | |
| | 'mpetersen@shbllp.com' | | |
| | Guillermo Marrero | Delivered: 12/19/2007 12:48 PM | Read: 12/19/2007 12:50 PM |
| | 'Francisco Elorza' | | |

Mr. Joncich,

This law firm represents two Mexican labor unions in a lawsuit against CMA Business Credit Services filed yesterday in Federal Court in San Diego.  I have attached to this email a courtesy copy of the Complaint.

This morning the Plaintiffs filed an emergency motion for a temporary restraining order 1) preventing CMA from releasing any of $896,389.81 it currently holds as a result of the liquidation of FlexTrim California, Inc. and FlexTrim North Carolina, Inc. and/or 2) compelling CMA to deposit that amount with the Court.  A decision on the motion for TRO will take place either this afternoon or tomorrow.  I faxed a notice of this motion to your fax number at 818.972.5301 this morning.

This email will serve to put CMA Business Credit Services on notice of the TRO proceeding.  This email notice will also serve to advise you that any distribution of any of the above amount to either the Receiver in the *Jones v. Jones* divorce proceeding or to any other creditor of the FlexTrim companies will be made at your own risk and may immediately subject CMA to contempt proceeding in the Federal Court.

Joshua J. Richman
***International Practice Group, P.C.***
**\*\*\*PLEASE NOTE OUR NEW ADDRESS\*\*\***
1350 Columbia Street, Suite 500
San Diego, CA 92101
Tel. 619.515.1480
F. 619.515.1481
jrichman@ipglaw.com

## Joshua Richman

| | |
|---|---|
| **From:** | Michael Joncich [mjoncich@creditservices.org] |
| **Sent:** | Wednesday, December 19, 2007 2:06 PM |
| **To:** | Joshua Richman |
| **Subject:** | Read: CMA - Notice of Temporary Restraining Order and OSC re: Preliminary Injunction |
| **Importance:** | High |
| **Attachments:** | ATT09240.txt |

Your message

   To:  mjoncich@creditservices.org
   Cc:  mpetersen@shbllp.com; Guillermo Marrero
   Subject:  CMA - Notice of Temporary Restraining Order and OSC re: Preliminary Injunction
   Sent:  12/19/2007 12:47 PM

was read on 12/19/2007 2:05 PM.

**Joshua Richman**

| | |
|---|---|
| **From:** | Michael J. Petersen [MPetersen@shbllp.com] |
| **Sent:** | Wednesday, December 19, 2007 12:51 PM |
| **Subject:** | Read: CMA - Notice of Temporary Restraining Order and OSC re: Preliminary Injunction |

Your message

    To:          MPetersen@shbllp.com
    Subject:

was read on 12/19/2007 12:51 PM.