**EXHIBIT "D"**

I, Sylvia J. Andrade, Spanish Interpreter certified by the State of California for Court
Hearings, do hereby certify the following to be a faithful and accurate translation of the
attached document, consisting of the five face sheets of assorted corporate documents
from Baja California, having to do with companies which manufacture polymer plastic
products, from the Spanish to the English language.

Victorville California
October 13, 2006

_Sylvia J. Andrade_                Sylvia J. Andrade
                                   Cert. No. 557549084

I Judge _JULES E. FLEURET_ do hereby certify that I know Sylvia J. Andrade
to be a certified Spanish Interpreter, and that she certifies the above facts to be true. _Victorville_
, California

10/13/06                    _Jules E Fleuret_



EXHIBIT D PAGE 34

GOVERNMENT OF THE STATE OF BAJA CALIFORNIA

PUBLIC REGISTRY OF BUSINESS AND PROPERTY

THE OFFICE OF THE REGISTRAR HEREBY CERTIFIES THAT THIS DOCUMENT WAS FILED

UNDER:

ENTRY: 6001553                       OFFICIAL RECEIPT NO.: 8552

SECTION: BUSINESS                    DATE: JULY 31, 2000

DATE REGISTERED: AUGUST 01, 2000 TIME: 14:49:04

                     09:51:04

LEGAL BASIS:

---------------------------------------------------------------------------------

DOCUMENT:                 LEGALIZATION OF THE MINUTES OF GENERAL MEETING

NOTARIAL DOCUMENT DATA: FIRST TESTIMONY OF PUBLIC NOTARIAL DOCUMENT

                         NUMBER 14095, FROM VOLUME 185, DATED JULY 18, 2000,

                         LEGALIZED BEFORE NOTARY PUBLIC NUMBER 2, FROM THE

                         CITY OF TECATE, B.C.

TYPE OF MEETING:          MINUTES OF THE GENERAL ANNUAL SHAREHOLDERS'

                          MEETING

LOCATION AND DATE:        MARCH 20, 2000, AT PLAYAS DE ROSARITO, B.C.

NAME OF THE CORPORATION AND/OR DIV.: ALISSIMO, S.A. DE C.V.

                          ADDRESS: PLAYAS DE ROSARITO, B.C.

AGREEMENT:                I. THE MINUTES OF THE GENERAL ANNUAL ORDINARY

                          SHAREHOLDERS MEETING CELEBRATED BY THE ALISSIMO

                          CORPORATION S.A. DE C.V., ON MARCH 20, 2000, ARE

EXHIBIT D PAGE 35

HEREBY CERTIFIED FOR ALL LEGAL EFFECTS. AND, THEREFORE, THE AGREEMENTS MADE DURING THE SAME, ARE NOW FORMALIZED.

II.- THE CORPORATION WITH THE NAME ALISSIMO, S.A. DE C.V., REPRESENTED BY THE SPECIAL DELEGATE FROM THE GENERAL ANNUAL ORDINARY SHAREHOLDERS MEETING CELEBRATED BY THE CORPORATION ON MARCH 20 OF THE YEAR 2000, MR. LUIS CARLOS PORTILLO SALDATE,

IN ACCORDANCE WITH THE AGREEMENTS MADE DURING THE MEETING, FORMALIZES THE APPOINTMENT OF MR. C.P. LEOBARDO    TENORIO    CHAVEZ    AS    CORPORATE COMMISSIONER.

III.- THE CORPORATION WITH THE NAME ALISSIMO, S.A. DE C.V., REPRESENTED BY THE SPECIAL DELEGATE FROM THE GENERAL ANNUAL ORDINARY SHAREHOLDERS MEETING CELEBRATED BY THE CORPORATION ON MARCH 20 OF THE YEAR 2000, MR. LUIS CARLOS PORTILLO SALDATE,

IN ACCORDANCE WITH THE AGREEMENTS MADE DURING THE MEETING, FORMALIZES THE RE-ELECTION OF MR. DOUGLAS P. SMITH AS THE SOLE ADMINISTRATOR FOR THE CORPORATION. HE SHALL CONTINUE TO CARRY OUR HIS DUTIES AS SUCH DURING THE FISCAL YEAR ENDING ON

EXHIBIT D PAGE 36

DECEMBER 31 OF THE YEAR 2000, OR UNTIL HIS SUCCESSOR IS NAMED.

IV.- THE CORPORATION WITH THE NAME ALISSIMO, S.A. DE C.V., REPRESENTED BY THE SPECIAL DELEGATE FROM THE GENERAL ANNUAL ORDINARY SHAREHOLDERS MEETING CELEBRATED BY THE CORPORATION ON MARCH 20 OF THE YEAR 2000, MR. LUIS CARLOS PORTILLO SALDATE,

IN ACCORDANCE WITH THE AGREEMENTS MADE DURING THE MEETING, FORMALIZES THE RE-ELECTION OF MR. JOSE DE LA LUZ CORRAL AS GENERAL MANAGER FOR THE CORPORATION. HE SHALL CONTINUE TO CARRY OUR HIS DUTIES AS SUCH DURING THE FISCAL YEAR ENDING ON DECEMBER 31 OF THE YEAR 2000, OR UNTIL HIS SUCCESSOR IS NAMED.

V.- THE CORPORATION WITH THE NAME ALISSIMO, S.A. DE C.V., REPRESENTED BY THE SPECIAL DELEGATE FROM THE GENERAL ANNUAL ORDINARY SHAREHOLDERS MEETING CELEBRATED BY THE CORPORATION ON MARCH 20 OF THE YEAR 2000, MR. LUIS CARLOS PORTILLO SALDATE,

IN ACCORDANCE WITH THE AGREEMENTS MADE DURING THE MEETING, FORMALIZES THE GRANTING OF A GENERAL POWER OF ATTORNEY TO MR. ALLEN A. JONES, FOR LEGAL AND FISCAL MATTERS, ACTS OF ADMINISTRATION, AND ACTS


EXHIBIT D PAGE 37

RELATED TO PROPERTY, WITH THE POWERS WHICH APPEAR IN

THE FIFTH CLAUSE OF THE NOTARIAL DOCUMENT WHICH IS

BEING REGISTERED HERE.

(SEAL) PUBLIC REGISTRAR OF PROPERTY AND BUSINESS

OFFICE OF THE REGISTRAR

PLAYAS DE ROSARITO, B.C.

OF THE STATE OF BAJA CALIFORNIA

BUSINESS SECTION

SHIELD AND "UNITED MEXICAN STATES"


(SEAL) PUBLIC REGISTRAR OF PROPERTY AND BUSINESS

OFFICE OF THE REGISTRAR

PLAYAS DE ROSARITO, B.C.

OF THE STATE OF BAJA CALIFORNIA

BUSINESS SECTION

SHIELD AND "UNITED MEXICAN STATES"


ANALIZED BY: LIC. LAURA ALICIA CAMARILLO G.

EXHIBIT D PAGE 38

Pagina 001 de 001

GOBIERNO DEL ESTADO DE BAJA CALIFORNIA
REGISTRO PUBLICO DE LA PROPIEDAD Y DE COMERCIO

LA REGISTRADORA HACE CONSTAR QUE ESTE DOCUMENTO QUEDO INSCRITO CON:
5186937
COMERCIO
INSCRIPCION: 27/Julio/1999 13:00:49

RECIBO OFICIAL NO.: 29087
FECHA:                27/Julio/1999
HORA:                 11:52:54

PROTOCOLIZACION DE ACTA DE ASAMBLEA

ESCRITURA                       PRIMER TESTIMONIO DE LA ESCRITURA PUBLICA NUMERO 11887
                                VOLUMEN NUMERO 157 DE FECHA 10 DE JULIO DE 1999 PASADA ANTE LA FE DEL NOTARIO
                                PUBLICO NUMERO 2 DE LA CIUDAD DE TECATE, B.C.

ASAMBLEA                        ASAMBLEA GENERAL ANUAL ORDINARIA DE ACCIONISTAS.

FECHA DE CELEBRACION            TIJUANA, B.C., EL DIA 15 DE MARZO DE 1999.

NOMBRE DE SOCIEDAD Y/O ASO.     % MOLDFLEX S.A. DE C.V.
                                  Domicilio: TIJUANA B.C.
                                ENTRE OTROS, SE TOMARON LOS SIGUIENTES ACUERDOS:

                                I.- SE RESUELVE REELEGIR A LOS SRES. ALLEN A. JONES Y DOUG P. SMITH COMO
                                ADMINISTRADOR UNICO Y ADMINISTRADOR UNICO SUSTITUTO DE LA SOCIEDAD
                                RESPECTIVAMENTE.

                                II.- SE REELIGE AL SR. DOUG P. SMITH COMO SECRETARIO DE LA SOCIEDAD.

                                III.- SE REELIGE AL SR. ENRIQUE GONZALEZ GALLARDO COMO COMISARIO DE LA
                                SOCIEDAD.

                                IV.- SE OTORGA PODER GENERAL PARA PLEITOS Y COBRANZAS Y PARA ACTOS DE
                                ADMINISTRACION AL SR. JOSE DE LA LUZ CORRAL.

DATOS REGISTRALES               SECCION:   COMERCIO
                                INSCRIPCION: 5103998

                            OFICINA REGISTRADORA DE TIJUANA B.C.
                         EL C. REGISTRADOR PUBLICO DE LA PROPIEDAD
                            Y DE COMERCIO DE TIJUANA B.C.

                              LIC. RICARDO MAGAÑA BOSQUEDA

LIC. MA. DOLORES GARAYZAR GERALDO

V.654179

EXHIBIT D PAGE 39



LIC. GERARDO M. SOSA OLACHEA
TITULAR
LIC. MARISELA BARRIOS LOPEZ
ADSCRITA

NOTARIA PUBLICA No. 2
TECATE, B.C.

GOBIERNO DEL ESTADO
TIJUANA, B. CFA.

RECIBIDO
JUL 27 1999
REGISTRO PUBLICO DE LA
PROPIEDAD Y COMERCIO
SALA

--VOLUMEN (157) CIENTO CINCUENTA Y SIETE.-...............

--FOLIO (167) CIENTO SESENTA Y SIETE.-................

--ESCRITURA (11,887) ONCE MIL OCHOCIENTOS OCHENTA Y SIETE.--..

--En la ciudad de Tecate, Estado de Baja California a los

diez días del mes de Julio de mil novecientos noventa y

nueve, ante mi Licenciado GERARDO MANUEL SOSA OLACHEA,

Notario Público en ejercicio y Titular de la Notaria Pública

número Dos, de esta Municipalidad, compareció el señor JORGE

OCTAVIO HUIZAR SANCHEZ, en su carácter de Delegado Especial

de la empresa denominada MOLDFLEX, SOCIEDAD ANONIMA DE

CAPITAL VARIABLE, declarando el compareciente bajo protesta

de decir verdad, de que su repesentada dará el aviso a que se

refiere la regla "2.3.2." de la miscelánea fiscal para mil

novecientos noventa y nueve (con domicilio, residencia fiscal

y número de identificación fiscal), a más tardar el treinta y

uno de marzo del año dos mil, de conformidad con lo publicado

en el Diario Oficial de la Federación con fecha treinta de

junio de mil novecientos noventa y nueve, mismo que me

solicita protocolice el Acta de Asamblea General Anual

Ordinaria de Accionistas, celebrada el día quince de marzo de

mil novecientos noventa y nueve, y para dicho efecto me

exhibe el Libro de Actas correspondiente.-.............

--YO, EL NOTARIO DOY FE: De tener a la vista el Acta de

referencia, la cual se encuentra asentada en el Libro de

Actas de la página diez a la página dieciesiete.-..........

--Accediendo a lo solicitado por el compareciente, YO el

Notario procedo a protocolizar y:..............

.............P R O T O C O L I Z O.............

..........ACTA DE ASAMBLEA GENERAL ANUAL ORDINARIA.........

.......DE ACCIONISTAS DE "MOLDFLEX", S.A. DE C.V...........

............celebrada el día 15 de marzo de 1999...........

--En Tijuana, Baja California, siendo las 9:00 horas del día

15 de marzo de 1999, los accionistas de "MOLDFLEX", S.A. DE

C.V., se reunieron mediante apoderado a efecto de celebrar

una Asamblea General Anual Ordinaria de Accionistas de dicha

Sociedad.-

C
O
T
E
J
A
D
O

EXHIBIT 1 PAGE 40

las Cartas Poder por medio de las cuales los presentes representan a los accionistas de la Sociedad y a contar las acciones que representan en esta Asamblea. Los Escrutadores informaron a la Presidenta que los presentes representan a los accionistas que se listan a continuación y el número de acciones que se especifica junto a su nombre:

| ACCIONISTAS | REPRESENTADO POR | No. DE ACCIONES |
|---|---|---|
| SANTOS BASCILIO CHAVEZ | Lic. Karla Isabel Landeros Hijar | 450 serie "B" |
| RODNEY LEE JOHNSON | Lic. Fernando H. De La Garza Martinez | 450 serie "B" |
| DIVERSE FORMULA-TIONS | Lic. Clemente Paredes Herrejón | 100 serie "B" |
| T O T A L : | | 1000 serie "B" |

—En consideración a lo anterior, estando representada la totalidad de las acciones, en virtud de la certificación hecha por los Escrutadores, la Presidenta declaró legalmente instalada la Asamblea, no obstante no haberse publicado la convocatoria respectiva, en virtud de lo dispuesto por el Artículo 188 de la Ley General de Sociedades Mercantiles.—

—A continuación, el Secretario dió lectura al siguiente orden del día y los Escrutadores certificaron que el mismo fue aprobado por unanimidad de votos:

.............O R D E N   D E L   D I A.............

—1.- Informe del Administrador Único sobre la marcha de la Sociedad durante el ejercicio social terminado el día 31 de diciembre de 1998.—

—2.- Presentación, discusión y aprobación en su caso, del dictamen del Comisario, estados financieros presentados por el ejercicio social terminado al día 31 de diciembre de 1998.—

—3.- Distribución de utilidades en caso de existir.—

—4.- Nombramiento o reelección en su caso, del Administrador Único, Administrador Sustituto, Secretario y Comisario de la Sociedad, que fungirán durante el ejercicio social que terminará el día 31 de diciembre de 1999.—

—5.- Emolumentos a los Administr...—



**LIC. GERARDO M. SOSA OLACHEA**
TITULAR
**LIC. MARISELA BARRIOS LOPEZ**
ADSCRITA

**NOTARIA PUBLICA No. 2**
**TECATE, B.C.**

Diciembre de 1998.-.................................................

-Pasando a tratar el primer punto del orden del día, la Presidenta de la Asamblea leyó a los presentes el Informe presentado por el Administrador Unico, detallando la marcha de la Sociedad durante el ejercicio social terminado el día 31 de diciembre de 1998, así como sobre las políticas seguidas en la administración de la Sociedad y sobre los proyectos para años futuros.-......................................

-Después de discutir ampliamente lo anterior, los presentes unánimemente adoptaron las siguientes:.....................

................ R E S O L U C I O N E S ................

-I.- SE RESUELVE, aprobar el informe que rinde el Administrador Unico de la Sociedad sobre las actividades de la misma durante el ejercicio social terminado el día 31 de Diciembre de 1998.-..............................................

-II.- SE RESUELVE, aprobar y ratificar todos los actos de administración ejecutados por el Administrador Unico en nombre de la Sociedad y de los cuales la misma tuvo conocimiento, durante el ejercicio social terminado el día 31 de diciembre de 1998, los cuales serán reportados a los accionistas para que sean aprobados y ratificados.-.........

-2.- Presentación, discusión y aprobación en su caso, del dictámen del Comisario, estados financieros presentados por el ejercicio social terminado el día 31 de diciembre de 1998.

-Pasando a tratar el segundo punto del orden del día, la Presidenta de la Asamblea entregó a todos los presentes, copias de los documentos que se listan a continuación para su revisión, los cuales fueron preparados por la administración y estuvieron a disposición de los accionistas para su análisis durante el periodo que establece la ley.............

-(a).- Balance mostrando la situación financiera de la Sociedad al día 31 de diciembre de 1998.-.....................

-(b).- Estado de pérdidas y ganancias, cubriendo el periodo comprendido del día 1 de enero de 1998 al día 31 de diciembre de 1998;.................................................................

-(c).- Estado de cambios en la situación financiera durante

C O T E J A D O

EXHIBIT D PAGE 42

documentos anteriormente listados y considerando la recomendación del Comisario para que se aprueben, los presentes unánimemente adoptaron las siguientes:............
.....................R E S O L U C I O N E S :...............

--I.- SE RESUELVE, aprobar el Informe del Comisario de la Sociedad por el ejercicio social terminado el día 31 de diciembre de 1998.-...................................

--II.- SE RESUELVE, aprobar los Estados Financieros de la Sociedad por el ejercicio social terminado el día 31 de diciembre de 1998.-...................................

--3.- Distribución de utilidades, en caso de existir.-......

--Habiéndoseles pedido que resolvieran sobre este punto del orden del día, los representantes de los accionistas unánimemente adoptaron las siguientes:...............
.....................R E S O L U C I O N E S :...............

--I.- SE RESUELVE, separar el 5% de las utilidades obtenidas por la sociedad durante el ejercicio social terminado el día 31 de diciembre de 1998, según se refleja en los estados financieros anteriormente revisados, para crear la reserva legal conforme a derecho.-...............................

--II.- SE RESUELVE, que previo el reparto de utilidades a los trabajadores conforme a lo establecido por la Le Federal del Trabajo y el pago de los impuestos correspondientes, la cantidad sobrante, si la hubiere, apliquese a la cuenta de utilidades pendientes de aplicación de la sociedad.-.........

--4.- Nombramiento o reelección en su caso, del Administrador Único, Administrador Sustituto, Secretario y Comisario de la Sociedad, que fungirán durante el ejercicio social que terminará el día 31 de diciembre de 1999.-...............

--Pasando a discutir el cuarto punto del orden del día, la Presidenta de la Asamblea propuso a los presentes reelegir al Administrador Único, Administrador Único Sustituto, Secretario y Comsario de la Sociedad, a efecto de que continuen ejerciendo sus funciones como tales durante el ejercicio social que terminará el día 31 de diciembre de 1999, o hasta que se nombre a quie su

EXHIBIT PAGE 43

LIC. GERARDO M. SOSA OLACHEA
TITULAR
LIC. MARISELA BARRIOS LOPEZ
ADSCRITA

NOTARIA PUBLICA No. 2
TECATE, B.C.

..., hasta que se nombre a sus sucesores.—.............
—II.— SE RESUELVE, reelegir al señor Doug P. Smith como
Secretario de la sociedad, a efecto de que continue
desempeñando sus funciones como tal durante el ejercicio
social que terminará el día 31 de diciembre de 1999, o hasta
que se nombre a su sucesor.—.......................
—III.— SE RESUELVE, reelegir al señor Enrique González
Gallardo como Comisario de la Sociedad, a efecto de que
continue desempeñando sus funciones como tal durante el
ejercicio social que terminara el día 31 de diciembre de
1999, o hasta que se nombre a su sucesor.—..............
—El Secretario certificó que las cauciones otorgadas por el
Administrador Unico, Administrador Unico Sustituto,
Secretario y Comisario de la sociedad reelectos, para
garantizar el desempeño de sus funciones, continúan en vigor
de acuerdo con la determinación unánime de los representantes
de los accionistas presentes.—...................
—En vista de las anteriores resoluciones, el Administrador
Unico, Administrador Unico Sustituto, Secretario y Comisario
de la sociedad por el ejercicio social de 1999 serán los
siguientes:....................
.................ADMINISTRADOR UNICO...................
...................Allen A. Jones..................
.........ADMINISTRADOR UNICO SUSTITUTO..............
................Doug P. Smith...................
.....................FUNCIONARIO...................
......Doug P. Smith....Secretario de la Sociedad......
.......................COMISARIO...................
............Enrique González Gallardo..............
—5.— Emolumentos a los miembros del Administrador Unico y
Comisario de la sociedad.—.......................
—Se informó a los representantes de los accionistas que el
Administrador Unico, Administrador Unico Sustituto,
Secretario y Comisario de la sociedad han renunciado a
recibir cualquier emolumento por el desempeño de sus

siguiente:.............................................
........................R E S O L U C I O N:.................
--SE RESUELVE, otorgar al señor José de la Luz Corral un
poder general para pleitos y cobranzas y actos de
administración con las siguientes facultades:..............
--(a).- PODER GENERAL PARA PLEITOS Y COBRANZAS:.............
--De acuerdo con el párrafo primero del Artículo dos mil
quinientos cincuenta y cuatro del Código Civil para el
Distrito Federal, y su artículo dos mil cuatrocientos
veintiocho del Código Civil para el Estado de Baja California
y con los Artículos correlativos de los Códigos Civiles de
todos los Estados de la República Mexicana, con todas las
facultades generales y las especiales a que se refiere el
artículo dos mil quinientos ochenta y siete del Código Civil
para el Distrito Federal y los artículos correlativos de
todos los Estados de la República Mexicana, entre las que de
una manera enunciativa pero no limitativa se citan las
siguientes:....................................................
--Ejercitar toda clase de derechos y acciones ante
cualesquiera autoridades de la Federación, de los Estados y
de los Municipios, ya se trate de autoridades civiles,
judiciales, administrativas o bien de trabajo, sean éstas
Juntas de Conciliación o Tribunales de Arbitraje, Locales o
Federales y para contestar, oponer excepciones y
reconvenciones, someterse a cualquier jurisdicción; articular
y absolver posiciones, recursar magistrados, jueces,
secretarios, peritos y demás personas en derecho recusables;
para desistirse de cualquier acción o recurso y del juicio de
amparo, que podrán promover cuantas veces lo estimen
conveniente; rendir toda clase de pruebas, reconocer firmas y
documentos y objetar éstos y redarguirlos de falsos, según
sea el caso; transigir y comprometer en árbitros, asistir a
juntas, diligencias, y almonedas, hacer posturas, pujas y
mejoras; formular acusaciones, denuncias, querellas y
constituirse en parte de causas criminales y coadyuvante del
Ministerio Público;

EXHIBIT D PAGE 95



**LIC. GERARDO M. SOSA OLACHEA**
TITULAR
**LIC. MARISELA BARRIOS LOPEZ**
ADSCRITA

**NOTARIA PUBLICA No. 2**
**TECATE, B.C.**

Códigos Civiles de los Estados de la República Mexicana.—....
—(c).— De manera especial se le otorgan facultades para que
funja como apoderado general y representante de la empresa
para todos los efectos previstos en los Artículos once,
seiscientos noventa y dos, fracciones primera, segunda y
tercera, en concordancia con los artículos setecientos
ochenta y seis, ochocientos setenta y seis, ochocientos
setenta y ocho y ochocientos setenta y nueve y demás
aplicables de la Ley Federal del Trabajo, para lo cual quedan
facultados para oponer excepciones, celebrar convenios,
absolver y articular posiciones en nombre de la sociedad,
formular querellas, y denuncias, desistirse del juicio de
amparo, representar a la empresa ante toda clase de
autoridades judiciales, administrativas o de cualesquiera
otras que se avoquen al conocimiento de los conflictos
Laborales, facultados para que concurran en nombre y
representación de la sociedad a las audiencias de
conciliación que se celebren ante la Junta Local de
Conciliación, ante La Junta Federal de Conciliación o ante la
Junta Especial que corresponda, bien sea esta de la Federal o
de la Local de Conciliación y Arbitraje, con facultades por
su propia designación para actos de administración en el área
laboral, para celebrar los convenios que puedan derivarse de
ellos y para ofrecer reinstalación en el trabajo a los
trabajadores que demanden despido injustificado.—...........
—(d).— Abrir y cerrar cuentas bancarias en nombre de la
Sociedad, depositar y retirar fondos, así como emitir,
suscribir, otorgar, endosar, librar, y avalar y en cualquier
otra forma negociar títulos de crédito u obligar
cambiariamente a la Sociedad en los términos del Artículo
Noveno de la Ley General de Títulos y Operaciones de Crédito.
—(e).— Como limitación al poder que se confiere se hace
constar que el señor José de la Luz Corral no podrá hacer
cesión de bienes.—...................................
—(f).— En general, realizar los actos que sean convenientes
y necesarios para el objeto de la Sociedad.————

adoptadas por la Asamblea.-.............................

--Los Escrutadores certificaron que la Asamblea, después de discutir ampliamente lo anterior, por unanimidad de votos adoptó la siguiente:..................................

..................R E S O L U C I O N :.................

--SE RESUELVE, por unanimidad de votos de los presentes, designar al Licenciado Karla Landeros Hijar, Fernando De la Garza Martinez, Judith Wilson Molina, Clemente Paredes Herrejón, Jorge Sainz Encinas, Irma Garcia Montalvo y Jorge Octavio Huizar delegados de esta Asamblea para que, conjunta o separadamente, realicen cualquier acto que fuere necesario para formalizar las resoluciones anteriormente adoptadas, autorizándolos en forma enunciativa más no limitativa, para comparecer ante el Notario Público de su elección a protocolizar la presente acta y, en ejecución de los acuerdos tomados por la Asamblea, formalizar los acuerdos, quedando también expresamente facultados por esta Asamblea para ratificar ante Notario Público todos y cada uno de los acuerdos tomados por la Asamblea.-...................

--No habiendo ningún otro asunto que tratar, se suspendió la Asamblea, para la elaboración de esta acta, la cual habiendo sido leída, fue aprobada, transcrita en el libro de actas correspondientes y firmada por todos los presentes.-..........

--Esta Asamblea terminó a las 11:00 horas del día mencionado al principio.-.................................

--Se agregan al legajo de esta acta los siguientes documentos

--(a).- Lista de asistencia.-.........................

--(b).- Copia de cartas poder.-.......................

--(c).- Informe de Administración Anual por el ejercicio social terminado el día 31 de diciembre de 1998.-..........

--(d).- Informe del Comisario para el ejercicio social terminado el día 31 de diciembre de 1998.-.............

--Lic. Karla Isabel Landeros Hijar, en representación del Sr. SANTOS BASCILIO CHAVEZ.- Firmado.-.................

--Lic. Fernando M. De La Garza Martinez, en representación del Sr. RODNEY LEE JOHNSON.-

EXHIBIT D PAGE 47



**LIC. GERARDO M. SOSA OLACHEA**
TITULAR
**LIC. MARISELA BARRIOS LOPEZ**
ADSCRITA

**NOTARIA PUBLICA No. 2**
**TECATE, B.C.**

--Lic. Fernando H. De La Garza Martinez, en representación del Sr. RODNEY LEE JOHNSON.- Firmado.-...............

--Lic. Clemente Paredes Herrejón, en representación de DIVERSE FORMULATIONS.- Firmado.-..................

--El suscrito Secretario de la Asamblea General Anual Ordinaria de Accionistas:..........C E R T I F I C A :...........

--Que en la misma se encontraban presentes las personas cuyos nombres y firmas aparecen en la lista de asistencia, desde su apertura hasta su terminación.-.........................

--Tijuana, Baja California, a 15 de Marzo de 1999.-..........

--Lic. Fernando H. De la Garza Martinez.- Secretario.- Firmado.-.......................................

--En virtud de que se me hace entrega del legajo que protocolizo, lo agrega al apéndice de esta escritura, marcándolos con la letra "A", en los términos de los artículos Veinticinco, treinta y sesenta y siete de la Ley del Notariado para el Estado de Baja California, quedando así debidamente PROTOCOLIZADO.-.......................

.....................P E R S O N A L I D A D...............

--El compareciente me acreditó su personalidad con la misma acta que se protocoliza y la legal existencia de la empresa con los documentos que me exhibió, tuve a la vista y le devuelvo una vez que de ellos hago una certificación para agregarla al apéndice de esta escritura marcado con la letra "A", así como también al testimonio que de la misma se expida.-.......................................

.....................G E N E R A L E S...............

--El compareciente manifestó ser mexicano, originario de la Ciudad de Morelia, Estado de Michoacán, donde nació el día seis de octubre de mil novecientos ochenta, soltero, Pasante en Derecho, con domicilio en Calle Grieta número mil cuatrocientos sesenta, Sección Jardines, Playas de Tijuana, Estado de Baja California y de paso por esta ciudad.-.........

--YO, el Notario DOY FE: De la verdad del acto.- De que no

C O T E J A D O

EXHIBIT D PAGE 48

GOVERNMENT OF THE STATE OF BAJA CALIFORNIA
PUBLIC REGISTRY OF PROPERTY AND BUSINESS

THE REGISTERING OFFICE CERTIFIES THAT THIS DOCUMENT HAS BEEN REGISTERED UNDER:
REGISTRATION NO.:     5186937                    OFFICIAL RECEIPT NO.: 29087
DATE OF REGISTRY: JULY 27, 1999 13:00:49 DATE: JULY27, 1999
LEGAL BASIS:                                TIME: 11:52:54

NATURE OF DOCUMENT                    LEGALIZATION OF MEETING MINUTES

NOTARIAL DOCUMENT DATA:              FIRST TESTIMONY OF PUBLIC NOTARIAL DOCUMENT
NUMBER

                                     11887, VOLUME NUMBER 157, DATED JULY 10, 1999,
                          CERTIFIED
                                     BEFORE NOTARY PUBLIC NUMBER 2, OF THE CITY OF
                          TECATE,
                                     B.C.

TYPE OF MEETING:                     GENERAL ANNUAL SHAREHOLDERS' MEETING

PLACE AND DATE OF MEETING:           TIJUANA, B.C., THE 15ᵀᴴ DAY OF MARCH OF 1999.

NAME OF CORPORATION AND/OR DIVISION:  MOLDFLEX S.A. DE C.V.
                                     ADDRESS: TIJUANA B.C.

AGREEMENTS:                          AMONG OTHERS, THE FOLLOWING AGREEMENTS WERE
REACHED:

AND MR.                              I.- IT IS RESOLVED TO RE-ELECT MR. ALLEN S. JONES

                                     DOUG  P.  SMITH,  RESPECTIVELY,  AS  SOLE
                          ADMINISTRATOR AND        SOLE SUBSTITUTE ADMINISTRATOR
                          FOR THE CORPORATION.

                                     II.- MR. DOUG P. SMITH IS RE-ELECTED AS
                          CORPORATE
                                     SECRETARY.

                                     III.- MR. ENRIQUE GONZALEZ   GALLARDO IS
                          ELECTED AS
                                     CORPORATE AUDITOR.

                                     IV.- A GENERAL POWER OF ATTORNEY FOR LEGAL,
                          FISCAL AND
                                     ADMINISTRATIVE MATTERS IS GRANTED TO MR. JOSE
                          DE LA LUZ
                                     CORRAL.

REGISTRATION INFORMATION:            SECTION: BUSINESS





**Gobierno del Estado de Baja California**
**Registro Publico de la Propiedad y de Comercio en TIJUANA**

COPIA CERTIFICADA



EL SUB-REGISTRADOR DE LA PROPIEDAD Y DE COMERCIO EN TIJUANA, BAJA CALIFORNIA LIC. JULIAN JAVIER SOTO GONZALEZ.

**C E R T I F I C A**

Que la presente es fotocopia fiel y exacta extraída del archivo de esta Oficina Registradora que obra inscrita bajo:

PROTOCOLIZACION DE ACTA DE ASAMBLEA Partida 5186937 Sección COMERCIO de fecha 27 de Julio de 1999

Va en 10 hoja(s) util(es) debidamente cotejadas a solicitud de GOMONT, S.C. y segun recibo oficial número 15560 de fecha 17 de Agosto del año 2006

Se expide la presente en TIJUANA, BAJA CALIFORNIA a 21 DE AGOSTO DEL 2006

EL SUB-REGISTRADOR DE LA PROPIEDAD Y DE COMERCIO

LIC. JULIAN JAVIER SOTO GONZALEZ

SECCION
CERTIFICADOS

Volante:1238641
Analista:JOSE MANUEL SOLIS RODRIGUEZ

1238641

Pagina 1 de 1



# EXHIBIT "E"



**GOBIERNO DEL ESTADO DE BAJA CALIFORNIA**
**REGISTRO PUBLICO DE LA PROPIEDAD Y DE COMERCIO EN TIJUANA**



Esta Oficina hace constar que este documento quedó inscrito con :

| | |
|---|---|
| Partida: 5378021 | Recibo Oficial: 21071 |
| Fecha de inscripcion: 06 DE JULIO DEL 2004 | Fecha: 06 DE JULIO DEL 2004 |
| Seccion: COMERCIO | Hora: 14:27:16 |
| Analista: LIC. MARIA DOLORES JAUREGUI DELGADO | Volante: 973511 |

## CONSTITUCION DE SOCIEDAD

**ESCRITURA PUBLICA**   PRIMER TESTIMONIO DE LA ESCRITURA PUBLICA NUMERO 24289 DEL VOLUMEN NUMERO 289 DE FECHA 23 DE JUNIO DEL 2004 PASADA ANTE LA FE DEL NOTARIO PUBLICO NUMERO 2 DE TECATE, BAJA CALIFORNIA.

**DENOMINACION**   RESINAS LAGUNA S.A. DE C.V.   DOMICILIO:TIJUANA, BAJA CALIFORNIA

**OBJETO**   LA SOCIEDAD TENDRA POR OBJETO:
A) LA COMPRA, VENTA, IMPORTACION, EXPORTACION, MANUFACTURA, TRANSFERENCIA Y DISTRIBUCION DE TODO TIPO DE POLIURETANO, POLIESTER, RESINA PLASTICA DE GOMA SILICONICA, PINTURA, ESPUMA, REVESTIMIENTOS Y PEGAMENTOS, ASI COMO CUALESQUIER OTROS PRODUCTOS RELACIONADOS Y/O SIMILARES Y TODO TIPO DE RESINAS EN GENERAL.

B) LA MANUFACTURA, ENSAMBLE, PRODUCCION, REPARACION, SERVICIO Y EMPAQUE DE TODO TIPO DE PRODUCTOS, ARTICULOS, ACCESORIOS, MERCANCIAS, PARTES Y COMPONENTES, INCLUYENDO EN FORMA ENUNCIATIVA MAS NO LIMITATIVA LA FABRICACION DE TODO TIPO DE POLIURETANO, POLIESTER, RESINA PLASTICA DE GOMA SILICONICA, PINTURA, ESPUMA, REVESTIMIENTOS Y PEGAMENTOS, ASI COMO CUALESQUIER OTROS PRODUCTOS RELACIONADOS Y/O SIMILARES Y TODO TIPO DE RESINAS EN GENERAL.

C) EL COMERCIO EN GENERAL, INCLUYENDO EN FORMA ENUNCIATIVA MAS NO LIMITATIVA, LA COMPRA, VENTA, ARRENDAMIENTO, IMPORTACION, EXPORTACION Y DISTRIBUCION DE TODO TIPO DE PRODUCTOS Y MERCANCIAS POR SU CUENTA Y NOMBRE O POR CUENTA Y NOMBRE DE TERCERAS PERSONAS.

Y DEMAS DETALLADOS EN EL ARTICULO SEGUNDO DE LA ESCRITURA QUE SE REGISTRA.

**DURACION**   SERA DE 99 AÑOS.

**CAPITAL SOCIAL**   50,000.00 PESOS

**APORTACIONES**   ~ ACCIONISTA: ALISSIMO, S.A. DE C.V.
ACCIONES: 45,000.
VALOR: $ 45,000.00 PESOS, MONEDA NACIONAL

~ ACCIONISTA: FRANCISCO ENRIQUE ELORZA CISNEROS.
ACCIONES: 5,000.
VALOR: $ 5,000.00 PESOS, MONEDA NACIONAL

**ADMINISTRACION**   ADMINISTRADOR UNICO: ALLEN ARTHUR JONES.

DIRECTOR DE LA SOCIEDAD: GUY MICHAEL STIDHAM.

GERENTE GENERAL DE LA SOCIEDAD: FRANCISCO ENRIQUE ELORZA CISNEROS.

COMISARIO: LEOBARDO TENORIO CHAVEZ.

COMISARIO SUPLENTE: RODRIGO VILLALOBOS LEON.

5378021                                          Pagina 1 de 3







GOBIERNO DEL ESTADO DE BAJA CALIFORNIA
REGISTRO PUBLICO DE LA PROPIEDAD Y DE COMERCIO EN TIJUANA

**RPPC**

Esta Oficina hace constar que este documento quedo Inscrito con :

| | |
|---|---|
| Partida: 5378021 | Recibo Oficial: 21071 |
| Fecha de Inscripcion: 06 DE JULIO DEL 2004 | Fecha: 06 DE JULIO DEL 2004 |
| Seccion: COMERCIO | Hora: 14:27:16 |
| Analista: LIC. MARIA DOLORES JAUREGUI DELGADO | Volante: 973511 |

## CONSTITUCION DE SOCIEDAD

**PERMISO S.R.E.**          PERMISO NUMERO: 0201484
                           EXPEDIENTE NUMERO: 200402001381
                           FOLIO NUMERO: 0A0V1943.

**APODERADO(S)**           WILSON MOLINA JUDITH ANNETTE

                           DE LA GARZA MARTINEZ FERNANDO HUMBERTO

                           PAREDES HERREJON CLEMENTE

                           GARCIA MARIN FRIDA ALACIEL

                           VIDAL OROZCO YISSEL

                           ZATARAIN ROBLES MARISELA

                           ARZATE VARGAS JUAN FRANCISCO

                           RIVERA DE LA TORRE LUIS ALEJANDRO

                           ARCEO MORENO DAVID ENRIQUE

**DISPOSICION ESPECIAL**   SE OTORGA AL ADMINISTRADOR UNICO, SEÑOR ALLEN ARTHUR JONES, LOS SIGUIENTES
                           PODERES:
                           A) PODER GENERAL PARA PLEITOS Y COBRANZAS,
                           B) PODER GENERAL PARA ACTOS DE ADMINISTRACION,
                           C) PODER GENERAL PARA ACTOS DE DOMINIO Y
                           DEMAS DETALLADOS.

                           SE OTORGAN LAS SIGUIENTES FACULTADES AL DIRECTOR DE LA SOCIEDAD, SEÑOR GUY
                           MICHAEL STIDHAM:
                           A) PODER GENERAL PARA PLEITOS Y COBRANZAS,
                           B) PODER GENERAL PARA ACTOS DE ADMINISTRACION,
                           C) PODER GENERAL PARA ACTOS DE DOMINIO Y
                           DEMAS DETALLADOS.

                           SE OTORGAN LAS SIGUIENTES FACULTADES AL GERENTE GENERAL DE LA SOCIEDAD,
                           SEÑOR FRANCISCO ENRIQUE ELORZA CISNEROS:
                           A) PODER GENERAL PARA PLEITOS Y COBRANZAS,
                           B) PODER GENERAL PARA ACTOS DE ADMINISTRACION  Y
                           DEMAS DETALLADOS.

                           A LOS APODERADOS ANTES MENCIONADOS, SE LES OTORGA UN PODER GENERAL PARA
                           PLEITOS Y COBRANZAS Y UN PODER ESPECIAL PARA ACTOS DE ADMINISTRACION, PARA
                           SER EJERCIDO CONJUNTA O SEPARADAMENTE, CON LAS FACULTADES DETALLADAS EN LA
                           CLAUSULA QUINTA TRANSITORIA.

**NUEVOS SOCIOS:**         RESINAS LAGUNA S.A. DE C.V.  DOMICILIO:TIJUANA, BAJA CALIFORNIA
                           * ELORZA CISNEROS FRANCISCO ENRIQUE
                           * ALISSIMO S.A. DE C.V.

5378021                                                  Pagina 2 de 3

EXHIBIT I PAGE 52



**GOBIERNO DEL ESTADO DE BAJA CALIFORNIA**
**REGISTRO PUBLICO DE LA PROPIEDAD Y DE COMERCIO EN TIJUANA**



Esta Oficina hace constar que este documento quedó inscrito con :

| Partida: 5378021 | Recibo Oficial: 21071 |
|---|---|
| Fecha de Inscripción: 06 DE JULIO DEL 2004 | Fecha: 06 DE JULIO DEL 2004 |
| Sección: COMERCIO | Hora: 14:27:15 |
| Analista: LIC. MARIA DOLORES JAUREGUI DELGADO | Volante: 973511 |

### CONSTITUCION DE SOCIEDAD

EL C. REGISTRADOR PUBLICO DE LA PROPIEDAD Y DE COMERCIO

LIC. MIGUEL ANGEL RODRIGUEZ CASTRO

**SECCION DE COMERCIO**

5378021

Página 3 de 3

EXHIBIT E PAGE 53

**EXHIBIT "F"**

**FL-301**

| PETITIONER/PLAINTIFF: Allen A. Jones | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: Mary Kay Jones | SBFSS64717 |

7. PROOF OF SERVICE BY MAIL

   a. I am at least age 18, **not a party to this action,** and am a resident or employed in the county where the mailing took place. My residence or business address is:

      Andrews Kurth LLP, 601 South Figueroa Street, Suite 3700, Los Angeles, CA  90017-5742

   b. I served copies of the following documents by enclosing them in a sealed envelope with postage fully prepaid, depositing them in the United States mail as follows:

     (1) Papers served:

        (a) *Notice of Motion* and a completed *Application for Order and Supporting Declaration* (form FL-310) **and a** blank *Responsive Declaration* (form FL-320).

        (b) ☐ Completed *Income and Expense Declaration* (form FL-150) **and a** blank *Income and Expense Declaration*

        (c) ☐ Completed *Financial Statement (Simplified)* (form FL-155) **and a** blank *Financial Statement (Simplified)*

        (d) ☐ Completed *Property Declaration* (form FL-160) **and a** blank *Property Declaration*

        (e) ☑ Points and authorities

        (f) Other *(specify):*

     (2) Manner of service: Federal Express and Express Mail (as noted on attached Service List)

        (a) Date of deposit: December 13, 2007

        (b) Place of deposit *(city and state):* Los Angeles, CA

        (c) Addressed as follows:

SEE ATTACHED SERVICE LIST

   c. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 13, 2007

| Fay Brown | ▶ |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |



**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the proceeding. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (Form MC-410).  (Civil Code, § 54.8.)

EXHIBIT ___ PAGE 54

*Allen A. Jones v. Mary K. Jones*
Case No. SBFSS 64717

**SERVICE LIST**

Allen Jones
P.O. Box 50 - PMB 134
Lake Arrowhead, CA 92352
Telephone:    (619) 760-5252

*Petitioner Allen A. Jones in Pro Per*
*(Via Express Mail)*

Richard A. Granowitz
Granowitz, White & Weber
330 North "D" Street, Suite 300
San Bernardino, CA 92401
Telephone:    (909) 889-0366
Facsimile:    (909) 889-0544

*Attorneys for Respondent Mary Kay Jones*
*(Via Federal Express)*

Dennis M. Murphy, CPA, CIRA
630 N. Rosemead Blvd., Suite 100
Pasadena, CA 91107

*Court-Appointed Receiver*
*(Via Federal Express)*

Michael L. Joncich
CMA Business Credit Services
40 E. Verdugo Avenue
Burbank, CA 91502
Telephone:    (818) 972-5300
Facsimile:    (818) 972-5301

*Assignee of Flex Trim California, Inc. and Flex Trim North Carolina, Inc.*
*(Via Federal Express)*

Michael Petersen
Shulman Hodges & Bastian
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610

*Attorneys for CMA Business Credit Services*
*(Via Federal Express)*

Jose C. Corral
416 W. San Ysidro Blvd., Suite L-428
San Ysidro, CA 92173

*(Via Express Mail)*

Francisco Elorza
482 W. San Ysidro Blvd., Suite 1999
San Ysidro, CA 92173

*(Via Express Mail)*

LOS:110141.2

EXHIBIT F PAGE 55