Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

SINDICATO DE EMPLEADOS Y TRABAJADORES
DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO
DEL ESTADO 29 C.R.O.M., a Mexican labor
union, and SINDICATO NUEVA GENERACION DE
TRABAJADORES DE BAJA CALIFORNIA C.R.O.C.,
a Mexican labor union,

          Plaintiffs,
          vs

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA,
INC., dba CMA BUSINESS CREDIT SERVICES, a
California non-profit corporation,
          Defendant.

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2365 J LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Guillermo Morrero
Joshua Richman
International Practice Group
1350 Columbia Street, Ste 500
San Diego, Ca 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DEC 1 8 2007
DATE

P. Delacruz
By            , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE December 21, 2007 |
| NAME OF SERVER  Timothy Dixon | TITLE  Process Server |

Check one box below to indicate appropriate method of service

[xx] Served personally upon the defendant. Place where served: 40 East Verdugo Avenue, 2nd Floor, Burbank, CA 91502

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[xx] Other (specify): Served Michael Joncich, authorized to receive service of process, 12-21-07 at 3:16 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | $39.50 | SERVICES | TOTAL $̶0̶.̶0̶0̶xxxx | $39.50 |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: Dec. 24, 2007   Date

Signature of Server

Address of Server: Now Legal Service
1301 W. 2nd Street, #206
Los Angeles, CA 90026
(213) 482-1567
Reg. L.A. County #5426

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)