Leonard M. Shulman – Bar No. 126349
Samuel J. Romero – Bar No. 232824
**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000

Attorneys for Defendant, Credit Managers Association
of California, Inc., dba CMA Business Credit Services,
a California non-profit corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union, and SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C., a Mexican labor union,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC., dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation,<br><br>Defendants. | Case No. 07CV2365<br><br>JOINT MOTION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING |

Credit Managers Association of California, Inc., dba CMA Business Credit Services, a California non-profit corporation, ("Defendant"), and Sindicato De Empleados Y Trabajadores De La Industria, El Campo Y El Comercio Del Estado 29 C.R.O.M., a Mexican labor union, and Sindicato Nueva Generacion De Trabajadores De Baja California C.R.O.C., a Mexican labor union (collectively "Plaintiffs") (collectively "Defendant" and "Plaintiffs" are referred to herein as "Parties"), hereby agree and stipulate as follows:

**WHEREAS**, on December 18, 2007, Plaintiffs filed a complaint for: (1) Breach of Contract; (2) Accounts Stated (Common Count); (3) Goods Sold and Delivered (Common

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

1

7777-000\G:\Wp\Cases\C-D\CMA\FlexTrim\San Diego Union Action\Pld\StipExtendAnsComplaint_revised.doc
**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**

Count); and (4) Equitable Relief, ("Complaint") against Defendant, commencing Case No. 07CV2365 (the "Action").

WHEREAS, Defendant's responsive pleading is due to be filed and served on January 10, 2008.

WHEREAS, the Parties agree that additional time is necessary to allow the Parties to further meet and confer regarding the grounds for the answer and responsive pleadings to the Complaint, and/or the resolutions of the Action as to these Parties, and/or the joinder of additional parties.

THEREFORE, Defendants, by and through its counsel of record, Shulman Hodges & Bastian LLP, and Plaintiffs, by and through its counsel of record, International Practice Group, APC, hereby agree that Defendant shall have up to and including January 18, 2008 to file and serve an answer or other responsive pleading to the Complaint in this Action.

Dated: January 8, 2008

SHULMAN HODGES & BASTIAN LLP

By: _____
Leonard M. Shulman
Samuel J. Romero
Attorneys for Credit Managers Association of California, Inc., dba CMA Business Credit Services, a California non-profit corporation

Dated: January ___, 2008

INTERNATIONAL PRACTICE GROUP, APC

**SEE FACSIMILE SIGNATURE ATTACHED**

By: _____
Guillermo Marrero
Joshua J. Richman
Attorneys for Plaintiffs, Sindicato De Empleados Y Trabajadores De La Industria, El Campo Y El Comercio Del Estado 29 C.R.O.M., a Mexican labor union, and Sindicato Nueva Generacion De Trabajadores De Baja California C.R.O.C., a Mexican labor union

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2

7777-000\G:\Wp\Cases\C-D\CMA\FlexTrim\San Diego Union Action\Pld\StipExtendAnsComplaint_revised.doc

JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

1  Count); and (4) Equitable Relief, ("Complaint") against Defendant, commencing Case No.
2  07CV2365 (the "Action").

3  **WHEREAS**, Defendant's responsive pleading is due to be filed and served on January
4  10, 2008.

5  **WHEREAS**, the Parties agree that additional time is necessary to allow the Parties to
6  further meet and confer regarding the grounds for the answer and responsive pleadings to the
7  Complaint, and/or the resolutions of the Action as to these Parties, and/or the joinder of
8  additional parties.

9  **THEREFORE**, Defendants, by and through its counsel of record, Shulman Hodges &
10 Bastian LLP, and Plaintiffs, by and through its counsel of record, International Practice Group,
11 APC, hereby agree that Defendant shall have up to and including January 18, 2008 to file and
12 serve an answer or other responsive pleading to the Complaint in this Action.

**SHULMAN HODGES & BASTIAN LLP**

Dated: January___, 2008    By: _SEE FACSIMILE SIGNATURE ATTACHED_
                                Leonard M. Shulman
                                Samuel J. Romero
                                Attorneys for Credit Managers Association of
                                California, Inc., dba CMA Business Credit Services, a
                                California non-profit corporation

**INTERNATIONAL PRACTICE GROUP, APC**

Dated: January _8_, 2008    By: _____
                                Guillermo Marrero
                                Joshua J. Richman
                                Attorneys for Plaintiffs, Sindicato De Empleados Y
                                Trabajadores De La Industria, El Campo Y El Comercio
                                Del Estado 29 C.R.O.M., a Mexican labor union, and
                                Sindicato Nueva Generacion De Trabajadores De Baja
                                California C.R.O.C., a Mexican labor union

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

7777-000\W:\Cases\C-D\CMA\FlexTrim\San Diego Union Action\Pld\StipExtendAnsComplaint.doc

2

**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610.

On January 8, 2008, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED: **JOINT MOTION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

SERVED UPON:
<u>Counsel for SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union, and SINDICATO NUEVA GENERACION DE TRABAJADORES DE BAJA CALIFORNIA C.R.O.C., a Mexican labor union</u>
Guillermo Marrero
Joshua J. Richman
International Practice Group, A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, California 92101
Telephone: (619) 515-1480
Facsimile: (619) 515-1481
E-mail: gmarrero@ipglaw.com; jrichman@ipglaw.com

[X] **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2008, at Foothill Ranch, California.

Jackie Rodriguez