# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union; et al., <br><br> Plaintiffs, <br> v. <br><br> CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC., dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation, <br><br> Defendant. | CASE NO: 07-CV-2365 W (LSP) <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

On January 8, 2008, the parties filed a joint motion for an order extending defendant's deadline for filing a responsive pleading. Having reviewed the moving papers,

//
//
//
//

1 | and good cause appearing, the Court **GRANTS** the motion [Doc. No. 12]. Defendant's
2 | responsive pleading is due on or before January 18, 2008.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 |
7 | DATED: January 9, 2008
8 |
9 | Hon. Thomas J. Whelan
  | United States District Judge