1   Leonard M. Shulman – Bar No. 126349
    Samuel J. Romero – Bar No. 232824
2   **SHULMAN HODGES & BASTIAN LLP**
    26632 Towne Centre Drive, Suite 300
3   Foothill Ranch, California 92610-2808
    Telephone:    (949) 340-3400
4   Facsimile:    (949) 340-3000

5   Attorneys for Defendant, Credit Managers Association
    of California, Inc., dba CMA Business Credit Services,
6   a California non-profit corporation

7

8               **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  **SINDICATO DE EMPLEADOS Y**          )   Case No.  07CV2365
    **TRABAJADORES DE LA INDUSTRIA, EL**  )
12  **CAMPO Y EL COMERCIO DEL ESTADO**    )
    **29 C.R.O.M., a Mexican labor union, and**  )
13  **SINDICATO NUEVA GENERACION DE**     )   **JOINT MOTION RE EXTENSION OF**
    **TRABAJADORES DE BAJA CALIFORNIA**   )   **TIME TO FILE AN ANSWER OR**
14  **C.R.O.C., a Mexican labor union,**  )   **OTHER RESPONSIVE PLEADING**
                                          )
15                  **Plaintiffs,**        )
                                          )
16  **v.**                                 )
                                          )
17  **CREDIT MANAGERS ASSOCIATION OF**    )
    **CALIFORNIA, INC., dba CMA BUSINESS** )
18  **CREDIT SERVICES,  a California non-** )
    **profit corporation,**               )
19                                         )
                    **Defendants.**         )
20  _____)

21          Credit Managers Association of California, Inc., dba CMA Business Credit Services, a

22  California non-profit corporation, ("Defendant"), and Sindicato De Empleados Y Trabajadores De

23  La Industria, El Campo Y El Comercio Del Estado 29 C.R.O.M., a Mexican labor union, and

24  Sindicato Nueva Generacion De Trabajadores De Baja California C.R.O.C., a Mexican labor union

25  (collectively "Plaintiffs") (collectively "Defendant" and "Plaintiffs" are referred to herein as

26  "Parties"), hereby agree and stipulate  as follows:

27          **WHEREAS**, on December 18, 2007, Plaintiffs filed a complaint for: (1) Breach of

28  Contract; (2) Accounts Stated (Common Count); (3) Goods Sold and Delivered (Common

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

                                    1

7777-000\W:\Cases\C-D\CMA\FlexTrim\San Diego Union Action\Pld\StipExtendAnsComplaint_revised.002.doc
**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**

1  Count); and (4) Equitable Relief, ("Complaint") against Defendant, commencing Case No.

2  07CV2365 (the "Action").

3      **WHEREAS,** Defendant's responsive pleading is due to be filed and served on January

4  18, 2008.

5      **WHEREAS**, the Parties agree that additional time is necessary to allow the Plaintiff to

6  seek the necessary authorization to file dismissals to the Complaint, and/or to allow the Parties to

7  further meet and confer regarding the grounds for the answer and responsive pleadings to the

8  Complaint, and/or the joinder of additional parties.

9      **THEREFORE,** Defendants, by and through its counsel of record, Shulman Hodges &

10  Bastian LLP, and Plaintiffs, by and through its counsel of record, International Practice Group,

11  APC, hereby agree that Defendant shall have up to and including February 1, 2008 to file and

12  serve an answer or other responsive pleading to the Complaint in this Action.

13                        **SHULMAN HODGES & BASTIAN LLP**

14
15  Dated: January 1?, 2008        By: _____

16                        Leonard M. Shulman
                          Samuel J. Romero

16                        Attorneys for Credit Managers Association of
                          California, Inc., dba CMA Business Credit Services, a

17                        California non-profit corporation

18                        **INTERNATIONAL PRACTICE GROUP, APC**

19
20  Dated: January ___, 2008        By: _____**SEE FACSIMILE**_____

20                        Guillermo **SIGNATURE ATTACHED**
                          Joshua J. Richman

21                        Attorneys for Plaintiffs, Sindicato De Empleados Y
                          Trabajadores De La Industria, El Campo Y El Comercio

22                        Del Estado 29 C.R.O.M., a Mexican labor union, and
                          Sindicato Nueva Generacion De Trabajadores De Baja

23                        California C.R.O.C., a Mexican labor union

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2

7777-000\W:\Cases\C-D\CMA\FlexTrim\San Diego Union Action\Pld\StipExtendAnsComplaint_revised.002.doc

**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**

1    Count); and (4) Equitable Relief, ("Complaint") against Defendant, commencing Case No.

2    07CV2365 (the "Action").

3        **WHEREAS,** Defendant's responsive pleading is due to be filed and served on January

4    18, 2008.

5        **WHEREAS,** the Parties agree that additional time is necessary to allow the Plaintiff to

6    seek the necessary authorization to file dismissals to the Complaint, and/or to allow the Parties to

7    further meet and confer regarding the grounds for the answer and responsive pleadings to the

8    Complaint, and/or the joinder of additional parties.

9        **THEREFORE,** Defendants, by and through its counsel of record, Shulman Hodges &

10    Bastian LLP, and Plaintiffs, by and through its counsel of record, International Practice Group,

11    APC, hereby agree that Defendant shall have up to and including February 1, 2008 to file and

12    serve an answer or other responsive pleading to the Complaint in this Action.

13                        **SHULMAN HODGES & BASTIAN LLP**

14                        See Facsimile Signature Attached

15    Dated: January___, 2008        By: _____
                                        Leonard M. Shulman

16                                        Samuel J. Romero
                                        Attorneys for Credit Managers Association of

17                                        California, Inc., dba CMA Business Credit Services, a
                                        California non-profit corporation

18                        **INTERNATIONAL PRACTICE GROUP, APC**

19

20    Dated: January 18, 2008        By: _____
                                        Guillermo Marrero

21                                        Joshua J. Richman
                                        Attorneys for Plaintiffs, Sindicato De Empleados Y

22                                        Trabajadores De La Industria, El Campo Y El Comercio
                                        Del Estado 29 C.R.O.M., a Mexican labor union, and

23                                        Sindicato Nueva Generacion De Trabajadores De Baja
                                        California C.R.O.C., a Mexican labor union

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2

7777-000\W:\Cases\C-D\CMA\FlexTrim\San Diego Union Action\Pld\StipExtendAnsComplaint_revised.002.doc
**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF ORANGE

3  I am employed in the City of Foothill Ranch, County of Orange, State of California.  I am over
the age of 18 years and not a party to the within action.  My business address is 26632 Towne
4  Centre Drive, Suite 300, Foothill Ranch, California 92610.

5  On January 18, 2008, I served the documents named below on the parties in this Action as
follows:

6

DOCUMENT(S) SERVED:  **JOINT MOTION AND [PROPOSED] ORDER RE**
7  **EXTENSION OF TIME TO FILE AN ANSWER OR**
**OTHER RESPONSIVE PLEADING**

8

SERVED UPON:  **Counsel for SINDICATO DE EMPLEADOS Y**
9  **TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y**
**EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican**
10  **labor union, and SINDICATO NUEVA GENERACION**
**DE TRABAJADORES DE BAJA CALIFORNIA**
11  **C.R.O.C., a Mexican labor union**
Guillermo Marrero
12  Joshua J. Richman
International Practice Group, A Professional Corporation
13  1350 Columbia Street, Suite 500
San Diego, California 92101
14  Telephone: (619) 515-1480
Facsimile: (619) 515-1481
15  E-mail: gmarrero@ipglaw.com; jrichman@ipglaw.com

16

17  [X]  **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be
18  placed in the United States mail at Foothill Ranch, California.  I am readily familiar with
the practice of Shulman Hodges & Bastian LLP for collection and processing of
19  correspondence for mailing, said practice being that in the ordinary course of business,
mail is deposited in the United States Postal Service the same day as it is placed for
20  collection.  I am aware that on motion of party served, service is presumed invalid if
postal cancellation date or postage meter date is more than one day after deposit for
21  mailing in affidavit.

22  [X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this
court, at whose direction this service was made.  I declare under penalty of perjury that
23  the foregoing is true and correct.

24  Executed on January 18, 2008, at Foothill Ranch, California.

25

26  _____
Jackie Rodriguez

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

7777-000\W:\Cases\C-D\CMA\FlexTrim\San Diego Union Action\Pld\StipExtendAnsComplaint_revised.002.doc