# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDICATO DE EMPLEADOS Y TRABAJADORES DE LA INDUSTRIA, EL CAMPO Y EL COMERCIO DEL ESTADO 29 C.R.O.M., a Mexican labor union; et al.,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, INC., dba CMA BUSINESS CREDIT SERVICES, a California non-profit corporation,<br><br>Defendant. | CASE NO: 07-CV-2365 W (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

On January 18, 2008, the parties filed a joint motion for an extension of time to file a responsive pleading. Having reviewed the moving papers, and good cause appearing, the

//

//

1  Court **GRANTS** the motion [Doc. No. 14].  Defendant's responsive pleading is due on
2  or before February 1, 2008.

4      **IT IS SO ORDERED.**

7  DATED:  January 22, 2008

                                          Hon. Thomas J. Whelan
                                          United States District Judge