1  GUILLERMO MARRERO (Bar No. 099056)
   JOSHUA RICHMAN (Bar No 243147)
2  **INTERNATIONAL PRACTICE GROUP**
   A Professional Corporation
3  1350 Columbia Street, Suite 500
   San Diego, California 92101
4  Tel (619) 515-1480
   Fax (619) 515-1481
5
   Attorneys for Plaintiffs
6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9  | SINDICATO DE EMPLEADOS Y | CASE NO. 07 CV2365 |
   | TRABAJADORES DE LA INDUSTRIA, | |
10 | EL CAMPO Y EL COMERCIO DEL | **CERTIFICATE OF SERVICE OF NOTICE OF** |
   | ESTADO 29 C.R.O.M., a Mexican labor | **VOLUNTARY DISMISSAL WITH** |
11 | union, and SINDICATO NUEVA | **PREJUDICE** |
   | GENERACION DE TRABAJADORES | |
12 | DE BAJA CALIFORNIA C.R.O.C., a | |
   | Mexican labor union; | |
13 | | |
   | Plaintiffs, | |
14 | | |
   | v. | |
15 | | |
   | CREDIT MANAGERS ASSOCIATION | |
16 | OF CALIFORNIA, INC., dba CMA | |
   | BUSINESS CREDIT SERVICES, a | |
17 | California non-profit corporation, | |
   | | |
18 | Defendant. | |

19     I, Kristina A. De La Rosa, certify and declare as follows:

20     I am over the age of 18 years and not a party to this action.

21     My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is

22 located in the city, county and state where the mailing described below took place.

23     **SERVICE BY MAIL:** On January 22, 2008, I served the documents listed below by

24 enclosing them in an envelope and depositing the sealed envelope with the United States Postal

25 Service with the postage fully prepaid. The envelope was addressed and mailed as follows

26                      Samuel J. Romero

27                 26632 Towne Center Drive, Suite 300

28                      Foothill Ranch, CA 92610

-1-

INTERNATIONAL
PRACTICE GROUP

**CERTIFICATE OF SERVICE OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

-2-

1  The documents that were served are as follows:

2  Notice of Voluntary Dismissal with Prejudice

4  I declare under penalty of perjury that the foregoing is true and correct.

6  Executed on January 22, 2008

Kristina A. De La Rosa

INTERNATIONAL PRACTICE GROUP

-2-

**CERTIFICATE OF SERVICE OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**